AO440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

## SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER MATHIESON,   SUMMONS IN A CIVIL ACTION

   Plaintiff,

vs.

JOHN C. DENIRO,

   Defendant.

CASE NUMBER:

07 CIV 8527

JUDGE KAPLAN

TO:   Mr. John C. DeNiro
      824 East Atlantic Ave., Ste. 7
      Delray Beach, FL  33483

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

   James E. Cecchi, Esq.
   Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein
   5 Becker Farm Road
   Roseland, NJ  07068

an answer to the complaint which is herewith served on you within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    OCT 0 2 2007
_____                              _____
CLERK,                                                DATE

    [signature: M. Quintero]
BY:_____
   DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of Process on: JOHN C. DENIRO | DATE | October 4,, 2007 |
| Name of Server: William J. Kelly, Jr. | TITLE | Investigator |
| Place of Service: Tribecca Grand Hotel, Room 729, 2 Avenue of the Americas, New York, NY | | |

Documents served: Summons in a Civil Action   Verified Complaint and Jury Trial Demand
Order to Show Cause   Declaration of Christopher Mathieson
Brief in Support of Christopher Mathieson's Application for an
Order to Show Cause for a Preliminary Injunction

Method of Service:

■ Served personally upon the defendant

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

[ ] Unable to effect service.

Description of Person Receiving Documents:

[ ] Sex __M__ ; Hair Color __grey__ ; Age (prox.) __80__ ; Height (prox.) __5'10"__ ;
[ ] Weight (prox.) __190__ ; Skin Color __White__ ; Facial Hair __n/a__ .

■ To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $ 46.30 | SERVICES $ 60.00 | TOTAL $ 106.30 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __October 8, 2007__
         Date

*Signature of Server*

PO Box 44, Morris Plains, NJ 07950-0044
*Address of Server*