# Exhibit E

### Frank J. Chesky

**From:** Anais Veiga [veiga521@gmail.com]
**Sent:** Thursday, October 04, 2007 9:45 AM
**To:** Frank J. Chesky
**Cc:** James Cecchi; Lindsey H. Taylor
**Subject:** Re: Mathieson v. DeNiro

Thank you Mr. Chesky

Anais Veiga
Legal Assistant
Law Office of Robert S. Franklin, P.A.
823 North Olive Avenue
West Palm Beach, FL 33401
(561)805-7140 Phone
(561)805-7141 Fax
veiga521@gmail.com

On 10/4/07, **Frank J. Chesky** <FChesky@carellabyrne.com> wrote:
> Dear Ms. Veiga:
>
> As a courtesy, we are attaching hereto PDF files containing the documents that we caused to be filed with the Court on Tuesday, October 2, 2007, including the Order to Show Cause signed by the Court. Please let us know if you have any questions.
>
> Best regards,
>
> Frank
>
> Frank J. Chesky III, Esq.
> Carella, Byrne, Bain, Gilfillan,
>   Cecchi, Stewart & Olstein
> 5 Becker Farm Road
> Roseland, NJ 07068-1783
> Tel.: 973.994.1700, ext. 579
> Fax: 973.994.1744
> fchesky@carellabyrne.com

# Exhibit F

## Frank J. Chesky

| | |
|---|---|
| **From:** | Frank J. Chesky |
| **Sent:** | Friday, October 05, 2007 1:58 PM |
| **To:** | 'rfranklin49@bellsouth.net' |
| **Cc:** | James Cecchi; Lindsey H. Taylor; 'Anais Veiga' |
| **Subject:** | Mathieson v. DeNiro |
| **Attachments:** | Franklin letter.PDF |

Dear Mr. Franklin:

Please see the attached letter.

Best regards,

Frank J. Chesky III, Esq.
Carella, Byrne, Bain, Gilfillan,
 Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ  07068-1783
Tel.: 973.994.1700, ext. 579
Fax: 973.994.1744
fchesky@carellabyrne.com

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | 5 BECKER FARM ROAD | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | ROSELAND, N.J. 07068-1739 | DONALD S. BROOKS | WILLIAM SQUIRE |
| JOHN N. BAIN | A. RICHARD ROSS | PHONE (973) 994-1700 | FRANCIS C. HAND | ALAN J. GRANT° |
| JOHN G. GILFILLAN, III | KENNETH L. WINTERS | FAX (973) 994-1744 | AVRAM S. EULE | LAURA S. MUNZER |
| PETER G. STEWART | JEFFREY A. COOPER | www.carellabyrne.com | LINDSEY H. TAYLOR | MARC D. MICELI |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD III | | RAYMOND W. FISHER | RAYMOND E. STAUFFER* |
| ARTHUR T. VANDERBILT II | MELISSA E. FLAX | | DAVID J. REICH | JACOB A. KUBERT |
| JAN ALAN BRODY | DENNIS F. GLEASON | | DECANDA H. FAULK | STANLEY J. YELLIN |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | | FRANK J. CHESKY III |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | OF COUNSEL | STEPHEN R. DANEK |
| JAMES E. CECCHI | BRIAN H. FENLON | | | DANIEL J. MULLIGAN |
| | KHOREN BANDAZIAN | | | °MEMBER N.Y. BAR ONLY |

JAMES D. CECCHI (1933-1995)

October 5, 2007

## VIA E-MAIL & FIRST-CLASS MAIL

Robert S. Franklin, Esq.
LAW OFFICE OF ROBERT S. FRANKLIN, P.A.
823 North Olive Ave.
West Palm Beach, FL 33401

    Re:    *Mathieson v. DeNiro*
           Docket No.: 07-CV-8527 (LAK)
           Our File No.: 437005.1

Dear Mr. Franklin:

    As you know, we represent Christopher Mathieson in the above-referenced action. We are in receipt of your letter dated October 2, 2007. We have called you several times yesterday to discuss this matter, but we have not received a return call from you. Please be advised that the continuing illegal actions taken by Mr. DeNiro are irreparably harming JC DeNiro & Associates, LLC as well as Mr. Mathieson, and should be immediately reversed so that the damages can be mitigated. If you would like to discuss this or the other issues that you raised in your letter, please call James Cecchi or me.

                            Best regards,

                  CARELLA, BYRNE, BAIN, GILFILLAN,
                     CECCHI, STEWART & OLSTEIN

                     FRANK J. CHESKY III

FJC:ks
cc:    Mr. Christopher Mathieson

#329213v2

# Exhibit G

**Frank J. Chesky**

**From:** rfranklin49@bellsouth.net
**Sent:** Friday, October 05, 2007 9:30 PM
**To:** Frank J. Chesky
**Subject:** Re: Mathieson v. DeNiro

Mr. Chesky,

I am out of my office but have received your e-mail. When my office received the call from your colleague Mr. Cecchi yesterday, my secretary called him back and informed him that I was in depositions and would not be able to contact him. I will not be back to my office until Wednesday morning and will put a call into you then.

In addition, there really is nothing to be gained from you sending any further "exhibit" letters. I understand what your client's position is, the charged rhetoric is unnecessary and will not further whatever negotiations we may have.

Robert Franklin

> -------------- Original message from "Frank J. Chesky" <FChesky@carellabyrne.com>: --------------
>
> Dear Mr. Franklin:
>
> Please see the attached letter.
>
> Best regards,
>
> Frank J. Chesky III, Esq.
> Carella, Byrne, Bain, Gilfillan,
>  Cecchi, Stewart & Olstein
> 5 Becker Farm Road
> Roseland, NJ 07068-1783
> Tel.: 973.994.1700, ext. 579
> Fax: 973.994.1744
> fchesky@carellabyrne.com

# Exhibit H

## James Cecchi

**From:** James Cecchi
**Sent:** Saturday, October 06, 2007 10:00 AM
**To:** 'rfranklin49@bellsouth.net'
**Subject:** FW: Mathieson v. DeNiro

Dear Mr. Franklin: I understood from your secretary that you were in a deposition until 3:30 on Thursday, and that we would hear from you after that. In any event, we do believe that time is of the essence and await a call from you to discuss appropriate safeguards and/or the other items outlined in your letter. Thanks, Jim Cecchi.

-----Original Message-----
From: rfranklin49@bellsouth.net [mailto:rfranklin49@bellsouth.net]
Sent: Fri 10/5/2007 9:29 PM
To: Frank J. Chesky
Subject: Re: Mathieson v. DeNiro

Mr. Chesky,
   I am out of my office but have received your e-mail. When my office received the call from your colleague Mr. Cecchi yesterday, my secretary called him back and informed him that I was in depositions and would not be able to contact him. I will not be back to my office until Wednesday morning and will put a call into you then.
   In addition, there really is nothing to be gained from you sending any further "exhibit" letters. I understand what your client's position is, the charged rhetoric is unnecessary and will not further whatever negotiations we may have.

Robert Franklin

--------------- Original message from "Frank J. Chesky" <FChesky@carellabyrne.com>:
---------------


Dear Mr. Franklin:

Please see the attached letter.

Best regards,

Frank J. Chesky III, Esq.
Carella, Byrne, Bain, Gilfillan,
   Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1783
Tel.: 973.994.1700, ext. 579
Fax: 973.994.1744
fchesky@carellabyrne.com

1

# Exhibit I

## Frank J. Chesky

**From:** Frank J. Chesky
**Sent:** Thursday, October 11, 2007 7:19 AM
**To:** 'rfranklin49@bellsouth.net'
**Cc:** James Cecchi; Lindsey H. Taylor
**Subject:** Mathieson v. DeNiro

Dear Mr. Franklin:

Further to your discussion with Mr. Cecchi yesterday afternoon, we do not consent to your request for an extension of time on the Order to Show Cause.

Best regards,

Frank J. Chesky III, Esq.
Carella, Byrne, Bain, Gilfillan,
 Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068-1783
Tel.: 973.994.1700, ext. 579
Fax: 973.994.1744
fchesky@carellabyrne.com