## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN, P.C.

COUNSELLORS AT LAW

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

CHARLES C. CARELLA
BRENDAN T. BYRNE
JOHN N. BAIN
JOHN G. GILFILLAN, III
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN

RICHARD K. MATANLE, II
DONALD S. BROOKS
FRANCIS C. HAND
AVRAM S. EULE
LINDSEY H. TAYLOR
RAYMOND W. FISHER
DAVID J. REICH
DECANDA M. FAULK

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
LAURA S. MUNZER
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STANLEY J. YELLIN
FRANK J. CHESKY III
STEPHEN R. DANEK
DANIEL J. MULLIGAN

°MEMBER N.Y. BAR ONLY

JAMES D. CECCHI (1933-1995)

October 12, 2007

**VIA ECF AND HAND DELIVERY**

Honorable Lewis A. Kaplan, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

      Re:    *Mathieson v. DeNiro*
             **Docket No. 07 CIV 8527 (LAK)**
             **Our File No. 437005.1**

Dear Judge Kaplan:

      This firm represents plaintiff Christopher Mathieson in the above-captioned matter. We are in receipt of the October 12, 2007 letter Court from Robert S. Franklin, counsel for defendant John C. DeNiro's ("DeNiro"), concerning DeNiro's request for an adjournment of the hearing date on the Order to Show Cause, which is presently scheduled for October 17, 2007. It is our understanding that Mr. Franklin is now requesting that the hearing be adjourned until October 19, 2007, and that he is prepared to file his opposition papers today, consistent with the Court's original schedule. If the Court's schedule permits, we have no objection to moving the hearing two days to accommodate counsel's schedule. We are available at any time should Your Honor wish to discuss this matter further. We thank Your Honor for his continued attention to this emergent matter.

                          Respectfully submitted,

                          CARELLA, BYRNE, BAIN, GILFILLAN,
                            CECCHI, STEWART & OLSTEIN

                                JAMES E. CECCHI

JEC:vp
cc:    Robert S. Franklin, Esq. *(via ECF and e-mail)*