# EXHIBIT E



**STATE OF NEW YORK**
**WORKERS' COMPENSATION BOARD**
**JUDGMENT UNIT**
**100 BROADWAY**
**ALBANY, NY 12241-0005**
**(866) 298 - 7830**

THIS AGENCY EMPLOYS AND SERVES PEOPLE WITH DISABILITIES WITHOUT DISCRIMINATION.

05/23/2007

JC DENIRO & ASSOCIATES LLC
174 9TH AVE #A
NEW YORK NY 10011-4905

Re: JC DENIRO & ASSOCIATES LLC
WCB Employer Number: 2255952
Period of Noncompliance: 2/12/2006 through 5/6/2007

Dear Madam:

The New York State Workers' Compensation Board (the "Board") is in receipt of your inquiry regarding penalties imposed by the Board against the above referenced employer.

A review of the Board's records revealed that a penalty in the amount of $10,750.00 has been assessed against the above referenced employer for failure to maintain worker's compensation insurance for the period 2/12/2006 through 4/17/2007. Additional penalties have been assessed for the same reason in the amount of $1,000.00 for the period 4/18/2007 through 5/6/2007.

The Board may consider a reduction in the penalty assessed in this matter if the employer can demonstrate that payment of the assessed penalty would result in financial hardship.
In order for the above named employer to be considered for relief based on financial hardship, please have the enclosed questions answered fully, signed by a principal/officer of the employer and notarized.

In addition, complete copies of federal tax returns of the employer must be submitted for the two (2) most recent tax years.

Please also have the enclosed release of credit information authorization and Form 4506 completed, signed and returned for verification purposes.

All required documentation must be submitted to the Board within thirty (30) days of the date of this letter.

**If the employer currently has employees, a valid and current workers compensation policy must be in effect for the Board to consider a reduction in the penalty assessed against the employer based on financial hardship.**

Please be advised that it is a felony to make a false or misleading statement for the purpose of evading the provisions of the Workers Compensation Law.

Sincerely,

Wendy Richburg
Judgment Unit

TF-401-JD 5/2006