# EXHIBIT F



REAL ESTATE
PRACTICE POLICY

DECLARATIONS

| AGENCY | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|
| 078990 | 969 | REP | 2-4988169-3-03 |

Insurance is provided by
Continental Casualty Company
CNA Plaza, Chicago, IL  60685,
A Stock Insurance Company.

1. NAMED INSURED AND MAILING ADDRESS:

   J. C. DeNiro, LLC
   65 North Moore
   Suite 2A
   New York , NY 10013

   NOTICE TO POLICYHOLDERS:
   The coverage afforded by this policy is on a Claims Made basis. Please review the Policy carefully and discuss the coverage with your insurance agent or broker.

2. POLICY PERIOD:   Inception:  11/25/03   Expiration:  11/25/04
      at 12:01 A.M. Standard Time at the address shown above.

3. ERRORS AND OMISSIONS LIABILITY:

   A. Limits of Liability: Each Claim:  $1,000,000.  Aggregate:  $1,000,000.

   B. Lockbox Limit of Liability:                                    $30,000.
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   C. Vicarious Liability and Disparate Impact Discrimination
        Limit of Liability:                                          $250,000.
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   D. Deductible:                                  Each Claim:       $1,000.

   E. First Coverage Date:   11/25/02

4. PREMIUM:                                                          $855.00
   DISCRIMINATION (Optional   $250,000 Sublimit):                    $100.00
   TOTAL PREMIUM:                                                    $955.00

   The premium for any Extended Claim Reporting Period requested as specified in the policy
   will be:  200% of the annual premium for 3 years.

                         *James F. Willging* (signature)
                    _____
                    Countersigned by Authorized Representative

G-128413-B31
(ED. 2/00)
                              - 1 -
I114488-B052361