# EXHIBIT G

Rt: 03.13.07                                                       WV

# INVOICE FROM DIGITAL DESTINATIONS

**February 2nd 2007**

**Outstanding balances**

2007-05..........$ 1800
2007-06.........$ 996
2006-126......$ 1260
2006-127......$ 595
2006-77.........$ 2100
2006-120......$ 975
2006-121......$ 3075
　　　　　　　━━━━━━
　　　　　　　10,801.00

John Neitzel - (212) 989-2236
Digital Destinations
255 West 36th Street
Suite 1204
New York, New York
10018