# EXHIBIT H

06/07/2007  15:18    5169331697              CREDIT DEPT                    PAGE  02

```
JC DENIRO & ASSOCIATES           775975-6                              LEDGER
     BALANCE         ZERO-35      OVER 35      OVER 60    OVER 90     FUTURE
      573.73          3.20         116.83        3.20      450.50
Enter line # to view detail: ___  (Cmd-9 Summary, Cmd 11-FAX, CMD18-print)
LNE#     REF#  GALLONS  CODE   DATE    AGE    DEBITS      CREDITS    BALANCE
                                                3.20                  573.73
  1                      FIN   5/03/07    4   113.63 ✓                570.53
  2       1              ACM   3/16/07   52     3.20                  456.90
  3                      FIN   3/08/07   60     3.20                  453.70
  4                      FIN   2/19/07   77     3.20                  450.50
  5                      FIN   2/04/07   92     2.36                  447.30
  6                      FIN   1/20/07  107     2.36                  444.94
  7                      FIN   1/05/07  122     2.36                  442.58
  8                      FIN  12/21/06  137   113.63                  440.22
  9       1              ACM  12/16/06  142     2.36                  326.59
 10                      FIN  12/06/06  152     2.36                  324.23
 11                      FIN  11/21/06  167             113.63-X      321.87
 12                      CHK  11/06/06        321.87                  435.50
 13    5366444           ALC   9/27/06  222   113.63 X                113.63
 14       1              ACM   9/16/06                   300.00-        .00
 15    5282588           DEP   6/17/06        300.00                  300.00
 16    5282588           ALC   6/17/06        113.63                    .00
 17       1              ACM   6/16/06                   113.63-      113.63-
 18                      M/C   6/08/06
```



Slomin's
125 Lauman Lane
Hicksville NY 11801-6539


*Slomin's Inc.*
Alarm Services

<u>*Service Location*</u>: 34 8th Avenue, NYC  Chelsea

```
JC DENIRO & ASSOCIATES           537634-8                                    LEDGER
BALANCE       ZERO-35      OVER 35       OVER 60       OVER 90       FUTURE
 376.97         6.29        118.69         3.62         248.37
Enter line # to view detail: ___    (Cmd-9 Summary, Cmd 11-Fax, CMD18-print)
LNE#   REF# GALLONS CODE    DATE   AGE     DEBITS        CREDITS      BALANCE
  1                  FIN    5/01/07   6     2.67                       376.97
  2                  FIN    4/16/07  21     1.81                       374.30
  3                  FIN    4/01/07  36     1.81                       372.49
  4                  FIN    3/17/07  51     1.81                       370.68
  5      1           ACM    3/11/07  57   116.88✓                      368.87
  6                  FIN    3/02/07  66     1.81                       251.99
  7                  FIN    2/15/07  81     1.81                       250.18
  8                  FIN    1/31/07  96     1.81                       248.37
  9      1           ACM   12/11/06 147   116.88✓                      246.56
 10      1           AMC   12/11/06 147   132.22                       129.68
 11      1           ACM    9/11/06         115.26  112.76               2.54-
 12                  CHK    7/14/06                      235.56-       117.80-
 13      1           ACM    6/11/06         115.26                     117.76
 14                  CHK    6/01/06                      115.30-         2.50
 15                  FIN    5/31/06           .84                      117.80
 16                  FIN    5/16/06           .84                      116.96
 17                  FIN    5/01/06           .84                      116.12
 18      1           ACM    3/11/06         115.26                     115.28
```



Slomin's
125 Lauman Lane
Hicksville NY 11801-6539

## Slomin's Inc.
**Alarm Services**

<u>Service Location</u>: 2265 Broadway  West Village