# EXHIBIT M

# ABC/Amega INC

*American Bureau
of Collections*

JUNE 1, 2007

ACCOUNTS PAYABLE         EC442888
JC DENIRO & ASSOCIATES
CHRISTINE VEGA, A/P MGR
174-A NINTH AVE
NEW YORK NY   10011

REFER TO OUR FILE #...059EC442888       PRINCIPAL PLACED:      $5,864.58
RE: ACCOUNT # NY@145218                 PRINCIPAL BALANCE:     $5,864.58
    STAPLES BUS ADVANTAGE/INTERNAL      INTEREST:                $175.94
    500 STAPLES DR
    FRAMINGHAM MA   01701

DEAR SIR

This is to inform you that you have 10 days from the date of this
letter to remit the amount of $5864.58 representing the amount
past due to the creditor referenced above.

Should your payment not be received within the allotted time, the
American Bureau of Collections, Inc will proceed with regular
collection efforts.

SINCERELY YOURS,

AMERICAN BUREAU OF COLLECTIONS, INC.
1100 MAIN ST.
BUFFALO, NY   14209

\*\*\* TO ASSURE PROPER CREDIT, PUT OUR FILE NUMBER ON ALL CORRESPONDENCE

*Receivable Solutions, Anywhere You Need Us*   Headquarters

1100 Main Street        Phone   716.885.4444
Buffalo, New York       Fax     716.878.2872
14209-2356 U.S.A.