# EXHIBIT O

**_itney Bowes**
_eering the flow of communication_

## Your leasing statement
February 13, 2007

**Account name**
JC Denario & Associates

**Account number**
8740681

**Invoice number**
8740681-JA07

## Summary of your statement

| | |
|---|---:|
| Sales tax | $0.00 |
| Late charges | $34.49 |
| Previous balance after payments | $757.28 |
| **Total past due** | **$791.77** |

Please see reverse side for details of your invoice charges.

Pitney Bowes Global Financial Services LLC is now servicing your lease. The terms of your lease will not change. Please make payments to **Pitney Bowes Global Financial Services LLC.**

Pitney Bowes Global Financial Services LLC Federal Employer I.D. is 20-1344287. If you require a W-9 Form please go online to:

http://www.pb.com/w9 and click on "Pitney Bowes Global Financial Services LLC."

If you are currently exempt from sales/use taxes, please fax a new exemption certificate to Pitney Bowes Global Financial Services LLC at 203-922-4030.

Any payments received after Feb 6, 2007 may not be reflected on this invoice.

**Questions?**
If you have questions about your bill


Log on to: www.pb.com
and click on *My Account.*
Your enrollment code is: 0648


Call 8 a.m to 8 p.m. EST:
1-800-732-7222

Past due notice: Your account is now past due. Please mail your payment today to the return address.

Thank you for choosing Pitney Bowes.

*Handwritten notes:*
```
       2006
11/13  374.90 pd 3/6
12/13   29 -
1/13   353.38
2/13    34.49
       791.77
      -374.90
       416.87
```

000667   X

Page 1 of 2         TAX ID 20-1344287         Tear off here

---

**PitneyBowes**
2225 American Drive
Neenah, WI 54956-1005
0122030006670000100102132007

**Leasing payment coupon**
Please make your check payable to
*Pitney Bowes Global Financial Services LLC*

Account number: 8740681       Amount you owe: **$791.77**
Invoice number: 8740681-JA07
Invoice date: Feb 13, 2007    Due date: On receipt

Amount paid $ [        ]

10  8740681  001  640  00079177  7  03449  3  0

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
PO BOX 856460
LOUISVILLE KY 40285-6460

JC DENARIO & ASSOCIATES
174 9TH AVE # A
NEW YORK NY 10011-4905

☐ Change of contact information?
Check here and fill in the information on the back.

**PitneyBowes**
*Engineering the flow of communication*

When making payment reference this Account Number: 8000-9090-0076-6647         Page 1 of 2

Customer Identification #: 20155235862

  

03/11/07        $4,080.60        $1,272.60        04/08/07        $

MAKE CHECK PAYABLE TO:

N005677

ACCOUNTS PAYABLE
JC DENIRO AND ASSOCIATES
174 A NINTH AVENUE
NEW YORK NY 10011

PITNEY BOWES POSTAGE BY PHONE
PO BOX 856042
LOUISVILLE KY 40285-6042

The Pitney Bowes Bank, Inc. Tax ID # 84-1386389

Check here for address / phone change and note on back ☐

When making payments reference Account Number noted at the top of the page.

99 8000 9090 0076 6647 00127260 00408060

- - - - - DETACH THE ABOVE AND MAIL WITH YOUR PAYMENT - - - - -

*Purchase Power®*

**PURCHASE POWER**
Account Number: 8000-9090-0076-6647
Postage By Phone Number: 42520718

Great news! Your Purchase Power 2006 Annual Account Statement is now available. The fastest and easiest way to see it is to visit www.postagebyphone.com, log in, click on "View your statements" and select 2006 annual statement from the list. You'll be able to see all your account activity for 2006.

WE HAVE NOT RECEIVED A PAYMENT SINCE YOUR LAST BILLING STATEMENT AND YOUR ACCOUNT IS CURRENTLY OVER THE ASSIGNED CREDIT LIMIT. IF PAYMENT HAS ALREADY BEEN REMITTED, PLEASE DISREGARD THIS MESSAGE. THANK YOU.

**ACCOUNT SUMMARY**

| | | MONTHLY ACTIVITY | |
|---|---|---|---|
| Total New Activity | | | $0.00 |

**ACCOUNT ACTIVITY**

| | | | |
|---|---|---|---|
| Previous Balance | $3,938.96 | Past Due Amount | $987.00 |
| Payments | $0.00 | Amount Over Credit Limit | $680.60 |
| Cash and Other Charges | $78.00 | Minimum Payment | $1,272.60 |
| New Activity | $0.00 | | |
| Finance Charges | $63.64 | | |
| Total Amount Due | $4,080.60 ✓ | | |

Credit Limit: $3,400.00        Available: $0.00        Payment Due Date: 04/08/07

**PAYMENTS**

| Tran Date | Post Date | Description | Amount |
|---|---|---|---|
| | | Total Payments: | $0.00 |