# EXHIBIT T

# American Development Group, LLC



September 12, 2007

Christopher Mathieson
Managing Partner – Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011

Dear Mr. Mathieson:

Pursuant to our agreement on 552 W 43rd Street, New York, NY, 10036, you are hereby terminated effective September 12, 2007; please stop all sales and marketing on our behalf.

Thank you,

*[signature]*

43rd Partners Group, LLC

411 Hempstead Turnpike, Suite 200, West Hempstead NY 11552 ▫ T 516 665 6600 ▫ F 516 706 1135 ▫ www.adgorg.com

**American Development Group, LLC**



September 12, 2007

Christopher Mathieson
Managing Partner – Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011

Dear Mr. Mathieson:

Pursuant to our agreement on 123 Baxter Street, New York, NY, 10013 you are hereby terminated affective September 12, 2007, please stop all sales and marketing on our behalf.

Thank you,

123 Baxter Owners Company, LLC

**American Development Group, LLC**



September 12, 2007

Christopher Mathieson
Managing Partner – Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011

Dear Mr. Mathieson:

Pursuant to our agreement on 1 Wadsworth Terrace, New York, NY, 10040, you are hereby terminated effective September 12, 2007; please stop all sales and marketing on our behalf.

Thank you,

Wadsworth Condos, LLC
43 Park Owners Group, LLC
Carnegie Holdings Group, LLC

111 Hempstead Turnpike, Suite 200, West Hempstead NY 11552 ☐ T 516 565 5600 ☐ F 516 706 1135 ☐ www.adgorg.com

**American Development Group, LLC**



September 12, 2007

Christopher Mathieson
Managing Partner – Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011

Dear Mr. Mathieson:

Pursuant to our agreement on 43-45 E 30th St, New York, NY, 10016, you are hereby terminated effective September 12, 2007; please stop all sales and marketing on our behalf.

Thank you,

Park South Lofts, LLC