# EXHIBIT V

# BMW Financial Services
## Motor Vehicle Lease Agreement – New York

### 1. PARTIES

| Lessor (Center) Name and Address | Lessee and Co-Lessee Name and Address | Vehicle Garaging Address (If Different) |
|---|---|---|
| BMW OF MANHATTAN INC. 555 WEST 57TH ST NEW YORK, NY 10019 (212) 586-2269 | JC DENIRO ASSOCIATES 65 N MOORE ST STE 2A NEW YORK 10013 | Billing Address (If Different) |

**2. Agreement to Lease.** This Motor Vehicle Lease Agreement ("Lease") is entered into between the lessee and co-lessee ("Lessee") and the lessor ("Lessor") named above. Unless otherwise specified, "I," "me" and "my" refer to the Lessee and "you" and "your" refer to the Lessor or Lessor's assignee. "Vehicle" refers to the leased vehicle described below. Lessor intends to assign this Lease to Financial Services Vehicle Trust ("Assignee"). BMW Financial Services NA, LLC ("BMW FS") will administer this Lease on behalf of Assignee or such other assignee. The consumer lease disclosures contained in this Lease are made on behalf of Lessor and its successors or assignees.

**3. Date of Lease, Lease Term and Scheduled Maturity Date.** This Lease is entered into on 07/14/05 for the scheduled Lease Term of 36 months, with a Scheduled Maturity Date of 07/06/10.

### 4. VEHICLE DESCRIPTION

| A. Leased Vehicle: New/Demo/Used | Model Year 2005 | Make & Model BMW X3 01 | VIN 5UXFA13545LY18677 | Odometer 25 | Primary Use: Personal, Family or Household / Business, Commercial or Agricultural |
|---|---|---|---|---|---|
| Telephone | CD Player | (specify) | (specify) | (specify) | (specify) |
| B. Trade-In | Model Year | Make | Model | Agreed Upon Value N/A | Prior Credit or Lease Balance N/A | Net Trade-In Value N/A |

### 5–8. PAYMENTS

| 5. AMOUNT DUE AT LEASE SIGNING OR DELIVERY | 6. MONTHLY/SINGLE PAYMENTS | 7. OTHER CHARGES | 8. TOTAL OF PAYMENTS |
|---|---|---|---|
| $ 6929.39 | My first monthly/single payment of $541.93 is due on 07/14/05 followed by 35 payments of $541.93 due on the 12TH day of each month. The total of my monthly/single payment(s) is $19509.48 | A. Disposition Fee (if I do not purchase the Vehicle) $280  B. $ N/A  TOTAL $350.00 | $25696.94 |

### 9. AMOUNT DUE AT LEASE SIGNING OR DELIVERY

A. Amount Due at Lease Signing or Delivery
1. Capitalized Cost Reduction $ 3702.46
2. First Monthly/Total Single Payment $ 541.93
3. Refundable Security Deposit $ 550.00
4. Initial Title Fees INSPECTION
5. Initial Registration Fees $ 45.00
6. Initial License Fees DOC FEE: $ 123.50
7. Sales/Use Tax $ 1643.92
8. Acquisition Fee (if not capitalized) N/A
9. Sales Tax on Capitalized Cost Reduction $ 310.08
10. N/A
11. NY WASTE TIRE FEE $ 12.50
TOTAL $ 6929.39

B. How the Amount Due at Lease Signing or Delivery Will Be Paid
1. Net Trade-In Allowance N/A
2. Rebates and Noncash Credits N/A
3. Amount to be Paid in Cash $ 6929.39
TOTAL $ 6929.39

### 10. MY MONTHLY/SINGLE PAYMENTS DETERMINED AS SHOWN BELOW

A. Gross Capitalized Cost. The agreed upon value of the Vehicle ($ _____) and any items I pay for over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance) (See Section 13 for an itemization of this amount.) $ 51975.86

B. Capitalized Cost Reduction. The amount of any net trade-in allowance, rebate, noncash credit, or cash I pay that reduces the Gross Capitalized Cost. – $ 3702.46

C. Adjusted Capitalized Cost. The amount used in calculating my Base Single Payment. = $ 48273.40

D. Residual Value. The value of the Vehicle at the end of the Lease used in calculating my Base Single Payment. – $ 31640.70

E. Depreciation and any Amortized Amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term. = $ 16632.70

F. Rent Charge. The amount charged in addition to the Depreciation and any Amortized Amounts. + $ 2876.78

G. Total of Base Monthly/Single Payments. The Depreciation and any Amortized Amounts plus the Rent Charge. = $ 19509.48

H. Lease Payments. The number of payments in my Lease. ÷ 36

I. Base Monthly/Single Payment. = $ 541.93

J. Sales/Use Tax. + $ N/A

L. Total Monthly/Single Payment. = $ 541.93

**Early Termination.** I may have to pay a substantial charge if I end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier I end the Lease, the greater this charge is likely to be.

**11. Excessive Wear and Use.** I may be charged for excessive wear based on your standards for normal use and for mileage in excess of total miles over the scheduled Lease Term of 36,000 miles, at the rate of 20 cents per mile.

**12. Purchase Option at End of Lease Term.** I have an option to purchase the Vehicle ("as is") at the Scheduled Termination of the Lease for the Residual Value of $ 31640.70. The purchase option price does not include official fees, such as those for taxes, title, registration and license/tags. See Section 26 for more information.

Other important Terms. See the front and back of this Lease for additional information on early termination, purchase options, and maintenance responsibilities, warranties, default charges, insurance, and any security interest, if applicable.

### 13. ITEMIZATION OF GROSS CAPITALIZED COST

| A. Agreed Upon Value of Vehicle | $ 51975.86 | G. Mechanical Breakdown Protection | $ N/A |
|---|---|---|---|
| B. Initial Title, License & Registration Fees | N/A | H. Extended Warranty | N/A |
| C. Sales/Use Tax | N/A | I. Prior Credit or Lease Balance* | N/A |
| D. Federal Luxury Tax | N/A | J. Other | N/A |
| E. Sales Tax on Capitalized Cost Reduction | N/A | TOTAL | $ 51975.86 |
| F. Maintenance Agreement | N/A | *Leave blank unless Lessor has paid prior credit or lease balance. | |

### 14. ESTIMATED OFFICIAL FEES AND TAXES

$ 2079.00 ___ This is an estimate of the total amount I agree to pay for official and license fees, registration, title and taxes (including personal property taxes) over the Lease Term, including any extension of the Lease Term, whether included in my Monthly/Single Payment, Amount Due at Lease Signing or Delivery, or separately billed. The actual amount of Official Fees and Taxes may be higher or lower, depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed. This estimate is based on my Garaging Address and may increase if I move or if tax rates change. For some of these items, I may be invoiced after the taxing authority has billed you, sometimes after the Lease terminates.

### ADDITIONAL NEW YORK LEASE DISCLOSURES

Capitalized Cost. The sum of the adjusted capitalized cost and any capitalized cost reduction. The capitalized cost and the amount of the Monthly/Single Payment may be negotiable. $ _____
Adjusted Capitalized Cost. The amount which is capitalized in connection with the Lease and is used in determining the amount of my Monthly/Single payment. This amount will be used in determining your early termination liability. $ 48273.40
The adjusted capitalized cost may be used to compare the early termination provisions of competing lessors. 
Estimated Residual Value. $ 31640.70

### 15. OPTIONAL PRODUCTS AND SERVICES

I am not required to buy any of the optional products and services listed below. These products and/or services will not be provided unless I check the appropriate box, fill in all necessary information, initial below and I am accepted by the provider. Because these products and or services are not provided by the Lessor, I understand that I must pursue all related matters, including refunds, through the listed Provider. By initialing below, I agree that I have received and read a notice of the terms of the product or service and I want to obtain the product or service for the charge shown. A portion of the charge may be retained by Lessor (Center).

☐ Maintenance Agreement   Provider _____ Term (Months) _____ Charge $ N/A   Lessee/Co-Lessee Initials _____

☐ Mechanical Breakdown Protection   Provider _____ Term (Months) _____ Charge $ N/A   Lessee/Co-Lessee Initials _____

☐ _____   Provider _____ Term (Months) _____ Charge $ N/A   Lessee/Co-Lessee Initials _____

### 16. Mileage Allowance Refund
Excess Mileage 36,000 ___ I agree to this Mileage Allowance for the term of this Lease. My Monthly/Single Payment and Residual Value for this Lease have been calculated, in part, by using this Mileage Allowance.
☐ If this box is checked, I have elected a high Mileage Allowance. I may receive a refund of N/A cents per unused mile for the unused miles between miles and ___ miles. Any refund will be reduced by any amount I owe under this Lease at the Scheduled Termination, unless (a) the Vehicle is destroyed or stolen, (b) I default or terminate this Lease early, (c) I purchase the Vehicle, or (d) the refund is less than $1.

### 17. WARRANTIES

The Vehicle is subject to the following express warranties. If the Vehicle is new, the Vehicle is subject to the standard manufacturer's new vehicle warranty. The Vehicle is also covered by the following, if checked:
☐ Remainder of the standard manufacturer's new vehicle warranty if the Vehicle is not a new vehicle.
☐ _____

UNLESS A LESSOR'S WARRANTY IS DISCLOSED ABOVE, LESSOR, TO THE EXTENT PERMITTED BY LAW, (1) MAKES NO WARRANTIES OR REPRESENTATIONS, EITHER EXPRESSED OR IMPLIED, WITH RESPECT TO THE VEHICLE OR ANY OF ITS PARTS OR ACCESSORIES AND (2) MAKES NO WARRANTY OF MERCHANTABILITY OR FITNESS OF THE VEHICLE FOR ANY PARTICULAR PURPOSE. I ACKNOWLEDGE THAT I AM LEASING THE VEHICLE FROM THE LESSOR "AS IS."

### INSURANCE VERIFICATION

I agree to maintain the insurance coverage described in Section 19. I affirm that such insurance is in force on the date of this Lease. I authorize Lessor and its assignee to confer with my insurance agent or company, and any other insurance agents or companies, about my coverage for the leased Vehicle.

Insurance Company _____ Policy No. _____ Coverage Verified (Center Employee's Initials) _____
Agent Name _____ Address _____ Phone No. _____
All matters regarding insurance should be sent to: BMW FS Insurance Center, P.O. Box 390902, Minneapolis, MN 55439-0902; or faxed to (952) 833-9414.

### LESSEE NOTICES AND SIGNATURES

THE AMOUNT INDICATED ON THIS LEASE FOR REGISTRATION AND TITLE FEES IS AN ESTIMATE. IN SOME INSTANCES, IT MAY EXCEED THE ACTUAL FEES DUE TO THE COMMISSIONER OF MOTOR VEHICLES. THE DEALER WILL AUTOMATICALLY, AND WITHIN SIXTY DAYS OF SECURING SUCH REGISTRATION AND TITLE, REFUND ANY AMOUNT OVERPAID FOR SUCH FEES. LESSEE'S INITIALS X _____

By signing below, I acknowledge that:
• I have no ownership rights in the Vehicle unless and until I exercise my option to purchase the Vehicle; and
• I have read both sides of this Lease carefully and agree to all of its terms.
WARNING: Important consumer protections may not apply if this Lease indicates that you are leasing the Vehicle primarily for agricultural, business or commercial use.
In the following notice, I am referred to as "you."
NOTICE TO THE LESSEE: 1. Do not sign this agreement before you read it or if it contains any blank space.
2. You are entitled to a completely filled in copy of this agreement when you sign it.
By signing below, I acknowledge delivery of a completely filled in copy of the Lease.

MOTOR VEHICLE LEASE AGREEMENT

X _____ JC DENIRO ASSOCIATES   X _____
Lessee   By (Print Name & Title if Corporation)   Lessee   By (Print Name & Title if Corporation)

### GUARANTY

I jointly and severally guarantee payment and performance of all promises contained in this Lease. Upon default, Lessor may proceed immediately against me without first proceeding against the Lessee. My liability will be unconditional and will not be affected by any settlement, extension, renewal or modification of this Lease whether or not by operation of law. I waive all rights to notices of every kind, including rights to demand and presentment. I agree to pay all expenses (including reasonable attorney fees and legal expenses) you incur if you have to enforce this Guaranty.

Guarantor's Signature: X _____   Guarantor's Signature: X _____
Name: N/A   Name: N/A
Address: _____   Address: _____

### LESSOR'S ACCEPTANCE AND ASSIGNMENT

By signing below, Lessor (1) accepts the terms, conditions and obligations of this Lease and (2) assigns all right, title and interest in the Vehicle and this Lease to the Assignee listed in Section 2 above. This Lease, including all amounts to become due under it, and any guaranty, are subject to the provisions of the Center Agreement between Lessor and BMW FS.

Lessor Name: BMW OF MANHATTAN INC.   Signature of Authorized Representative _____

*Debit for Cashiers Check*

7/14/2005

BMW Financial **5,895.00

Five Thousand Eight Hundred Ninety-Five and 00/100************************************************************

BMW Financial

Purchase US Dollar draft #680833695

BMW Financial                                                                                                    7/14/2005
                                                                                                                   5,895.00

HSBC Ckg1 0037863    Purchase US Dollar draft #680833695                                                           5,895.00

BMW Financial                                                                                                    7/14/2005
                                                                                                                   5,895.00

HSBC Ckg1 0037863    Purchase US Dollar draft #680833695                                                           5,895.00