# EXHIBIT W

1:20 PM
10/11/07
Accrual Basis

# JC DENIRO ASSOCIATES LLC
## Account QuickReport
### January through December 2006

| Date | Name | Memo | Amount |
|---|---|---|---|
| Automobile Expense | | | |
| Parking Ticket | | | |
| 1/9/2006 | New York City Dept of Finance | Ticket 732764530-5 | 65.00 |
| 1/10/2006 | New York City Dept of Finance | Ticket 7274054788 | 125.00 |
| 2/3/2006 | New York City Dept of Finance | Ticket 7706807319 | 65.00 |
| 2/3/2006 | New York City Dept of Finance | Ticket 774440179-7 | 65.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 764524331-4 | 65.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 7263688979-0 | 65.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 107311577-0 | 65.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 107274963-4 | 65.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 107238620-3 | 95.00 |
| 2/28/2006 | New York City Dept of Finance | Ticket 717125030-1 | 65.00 |
| 3/13/2006 | New York City Dept of Finance | Ticket 727206051-7 | 65.00 |
| 3/16/2006 | New York City Dept of Finance | Ticket 107353606-3 | 65.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 1070795343 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 1069230418 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 1070714434 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 1070400941 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 7263689790 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 7645243314 | 10.00 |
| 4/4/2006 | New York City Dept of Finance | Ticket 107418142-6 | 65.00 |
| 4/4/2006 | New York Dept of Motor Vehicles | Civil Penalty | 450.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 734326782-6 | 65.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 735447366-2 | 65.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 7706807319 | 30.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 7744401797 | 30.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 1072749634 | 10.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 1072386203 | 10.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 7171250301 | 10.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 1073115770 | 10.00 |
| 4/7/2006 | New York City Dept of Finance | Ticket 109536668-3 | 65.00 |
| 4/17/2006 | New York City Dept of Finance | Ticket 107403627-0 | 65.00 |
| 4/24/2006 | New York City Dept of Finance | Ticket 719048695-1 | 65.00 |
| 4/24/2006 | New York City Dept of Finance | Ticket 717125740-0 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7706807319 | 60.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7744401797 | 60.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7354473662 | 75.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7343267826 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7354473662 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 1072386203 | 30.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7709610055 | 60.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7711609176 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 1072749634 | 30.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7706807319 | 30.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 7744401797 | 30.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 726804147-0 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 110835168-2 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 718847377-8 | 115.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 719048823-6 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 109187835-3 | 115.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 110830338-9 | 65.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 719066071-0 | 95.00 |
| 5/2/2006 | New York City Dept of Finance | Ticket 106932122-3 | 65.00 |
| 5/2/2006 | New York Dept of Motor Vehicles | Ticket 423477263-0 | 90.00 |
| 5/8/2006 | New York City Dept of Finance | Ticket 110687775-7 | 65.00 |
| 5/9/2006 | New York City Dept of Finance | Ticket 110665022-3 | 65.00 |
| 5/26/2006 | New York City Dept of Finance | Ticket 110918050-0 | 65.00 |
| 5/26/2006 | New York City Dept of Finance | Ticket 110799354-4 | 115.00 |
| 5/26/2006 | New York City Dept of Finance | Ticket 110803063-4 | 65.00 |
| 5/26/2006 | New York City Dept of Finance | Ticket 718210815-0 | 65.00 |
| 5/31/2006 | New York City Dept of Finance | 7190660710 | 10.00 |
| 5/31/2006 | New York City Dept of Finance | 7190466951 | 10.00 |
| 5/31/2006 | New York City Dept of Finance | 7171257400 | 10.00 |
| 6/2/2006 | New York City Dept of Finance | Ticket 110796151-8 | 115.00 |
| 6/7/2006 | New York City Dept of Finance | Ticket 110933529-5 | 65.00 |
| 6/26/2006 | New York City Dept of Finance | Ticket 717568478-2 | 65.00 |
| 6/26/2006 | New York City Dept of Finance | Ticket 717568479-4 | 65.00 |
| 6/26/2006 | New York City Dept of Finance | Ticket 762847510-3 | 65.00 |

1:20 PM
10/11/07
Accrual Basis

# JC DENIRO ASSOCIATES LLC
## Account QuickReport
### January through December 2006

| Date | Name | Memo | Amount |
|---|---|---|---|
| 6/26/2006 | New York City Dept of Finance | Ticket 762847511-5 | 65.00 |
| 6/26/2006 | New York City Dept of Finance | Ticket 762847513-9 | 65.00 |
| 6/26/2006 | New York City Dept of Finance | Ticket 762847514-0 | 65.00 |
| 7/5/2006 | New York City Dept of Finance | Ticket 110663461-8 | 65.00 |
| 7/10/2006 | New York City Dept of Finance | Ticket 110989783-2 | 75.00 |
| 7/18/2006 | New York City Dept of Finance | Ticket 111028762-8 | 65.00 |
| 7/20/2006 | New York City Dept of Finance | Ticket 111012929-4 | 65.00 |
| 7/21/2006 | New York City Dept of Finance | Ticket 111018235-1 | 65.00 |
| 7/21/2006 | New York City Dept of Finance | Ticket 111018883-3 | 65.00 |
| 7/27/2006 | New York City Dept of Finance | Ticket 110910670-1 | 65.00 |
| 8/2/2006 | New York City Dept of Finance | Ticket 111056828-1 | 65.00 |
| 8/2/2006 | New York City Dept of Finance | Ticket 111058332-1 | 95.00 |
| 8/2/2006 | New York City Dept of Finance | Ticket 725890122-0 | 115.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1109704525 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1109708993 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1109709006 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 7175685427 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 7175685439 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1109933526 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1109877500 | 75.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 7627278673 | 65.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 1110179534 | 65.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 7740038090 | 35.00 |
| 8/3/2006 | New York City Dept of Finance | Ticket 7169308629 | 65.00 |
| 8/3/2006 | New York Traffic Violations Plea Unit | Ticket 0AC7112011 | 100.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 7627278673 | 10.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 7189741460 | 15.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 1110747061 | 65.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 1110748050 | 65.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 1110782810 | 115.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 1110602924 | 65.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 7176510180 | 65.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 7174114600 | 65.00 |
| 8/29/2006 | New York City Dept of Finance | Ticket - 111104218-4 | 65.00 |
| 9/19/2006 | New York City Dept of Finance | Ticket 718731555-7 | 65.00 |
| 9/20/2006 | New York City Dept of Finance | 110960449-0 | 65.00 |
| 9/20/2006 | New York City Dept of Finance | 111143496-7 | 65.00 |
| 9/25/2006 | New York City Dept of Finance | Ticket 111067760-2 | 65.00 |
| 9/25/2006 | New York City Dept of Finance | Ticket 718866855-4 | 65.00 |
| 9/25/2006 | New York City Dept of Finance | Ticket 111156765-7 | 65.00 |
| 9/25/2006 | New York City Dept of Finance | Ticket 112541875-8 | 115.00 |
| 9/25/2006 | New York City Dept of Finance | Ticket 111171528-2 | 65.00 |
| 10/3/2006 | New York City Dept of Finance | 762807478-9 | 65.00 |
| 10/3/2006 | New York City Dept of Finance | 762730599-8 | 65.00 |
| 10/3/2006 | New York City Dept of Finance | 112266583-0 | 65.00 |
| 10/17/2006 | New York City Dept of Finance | 774801781-5 | 115.00 |
| 10/17/2006 | New York City Dept of Finance | 111152569-9 | 65.00 |
| 10/17/2006 | New York City Dept of Finance | 7310925520 | 65.00 |
| 10/24/2006 | New York City Dept of Finance | 111204979-4 | 65.00 |
| 11/2/2006 | New York City Dept of Finance | 783840220-7 | 65.00 |
| 11/2/2006 | New York City Dept of Finance | 766360156-3 | 65.00 |
| 11/27/2006 | New York City Dept of Finance | Ticket 116117459 | 75.00 |
| 11/27/2006 | New York City Dept of Finance | Ticket 1122972684 | 75.00 |
| 11/27/2006 | New York City Dept of Finance | Ticket 774441935-2 | 65.00 |
| **Total Parking Ticket** | | | **7,830.00** |
| **Total Automobile Expense** | | | **7,830.00** |
| **TOTAL** | | | **7,830.00** |