# EXHIBIT B

1:23 PM
10/11/07
Accrual Basis

# JC DENIRO ASSOCIATES LLC
## Account QuickReport
### January through December 2006

| Date | Memo | Amount |
|---|---|---:|
| **Bank Service Charges** | | |
| 2/16/2006 | Insufficient Funds Fee | 30.00 |
| 2/21/2006 | Check & fee | 50.00 |
| 2/24/2006 | Insufficient Funds Charge | 30.00 |
| 2/27/2006 | Insufficient funds fees | 150.00 |
| 3/17/2006 | insufficient funds fees | 240.00 |
| 4/3/2006 | Return deposit item fee | 10.00 |
| 5/8/2006 | Stop payment fee | 30.00 |
| 5/15/2006 | Service Charge | 7.50 |
| 6/12/2006 | NSF/UNA service charge | 210.00 |
| 6/13/2006 | NSF/UNA service charge | 120.00 |
| 6/15/2006 | NSF/UNA service charge | 90.00 |
| 6/16/2006 | NSF/UNA service charge | 120.00 |
| 6/19/2006 | NSF/UNA service charges | 90.00 |
| 6/20/2006 | NSF/UNA service charges | 60.00 |
| 6/21/2006 | NSF/UNA service charges | 30.00 |
| 6/23/2006 | NSF/UNA service charge | 120.00 |
| 7/14/2006 | Service Charge | 7.50 |
| 7/17/2006 | NSF service charge | 180.00 |
| 7/18/2006 | NSG service charge | 270.00 |
| 7/19/2006 | NSF service charges | 210.00 |
| 7/20/2006 | NSF service charges | 90.00 |
| 7/21/2006 | NSF chrages | 120.00 |
| 7/24/2006 | NSF charges | 120.00 |
| 7/26/2006 | NSF charges | 30.00 |
| 8/10/2006 | NSF charges | 270.00 |
| 8/11/2006 | NSF fees | 240.00 |
| 8/11/2006 | NSF fees | 60.00 |
| 8/14/2006 | NSF fees | 240.00 |
| 8/15/2006 | Service Charge | 7.50 |
| 8/15/2006 | NSF service chrg | 90.00 |
| 8/16/2006 | NSF charges | 60.00 |
| 8/17/2006 | NSF charges | 150.00 |
| 8/18/2006 | NSF fees | 90.00 |
| 8/23/2006 | Reimbursement for Bank Servic... | 10.00 |
| 9/15/2006 | Service Charge | 7.50 |
| 9/18/2006 | Checks were deposited without ... | 0.00 |
| 9/27/2006 | Stop payment fees (2 orders) | 60.00 |
| 10/5/2006 | NSF fees | 330.00 |
| 10/11/2006 | NSF charge | 33.00 |
| 10/13/2006 | Service Charge | 7.50 |
| 10/16/2006 | NSF charges | 528.00 |
| 10/23/2006 | NSF Fees | 165.00 |
| 10/24/2006 | NSF fees | 66.00 |
| 10/25/2006 | NSF charges | 132.00 |
| 10/30/2006 | NSF charges | 66.00 |
| 10/30/2006 | NSF charges | 33.00 |
| 11/14/2006 | NSF charges | 198.00 |
| 11/15/2006 | NSF charges | 330.00 |
| 11/16/2006 | NSF fees | 165.00 |
| 11/17/2006 | NSF charges | 66.00 |
| 11/20/2006 | NSF charges | 231.00 |
| 11/21/2006 | NSF fees | 132.00 |
| 11/24/2006 | NSF fees | 99.00 |
| 11/27/2006 | NSF fee | 33.00 |
| 11/28/2006 | NSF fees | 264.00 |
| 12/1/2006 | Stop pay fee | 30.00 |
| 12/15/2006 | Service Charge | 7.50 |
| 12/19/2006 | Chargeback fee | 10.00 |
| 12/20/2006 | NSF fees | 231.00 |
| 12/21/2006 | NSF charges | 198.00 |
| **Total Bank Service Charges** | | **7,055.00** |
| **TOTAL** | | **7,055.00** |

1:22 PM
10/11/07
Accrual Basis

# JC DENIRO ASSOCIATES LLC
## Account QuickReport
### January 1 through October 11, 2007

| Date | Num | Memo | Amount |
|---|---|---|---|
| **Bank Service Charges** | | | |
| 1/17/2007 | Debit | NSF fees | 495.00 |
| 1/18/2007 | Debit | NSF charges | 495.00 |
| 1/22/2007 | Debit | NSF fees | 132.00 |
| 1/22/2007 | Debit | NSF charges | 66.00 |
| 1/23/2007 | Debit | NSF fees | 99.00 |
| 1/25/2007 | Debit | Stop payment fee | 30.00 |
| 1/26/2007 | Debit | Stop payment fee | 30.00 |
| 1/26/2007 | Debit | NSF charge | 33.00 |
| 2/2/2007 | Debit | NSF charges | 231.00 |
| 2/5/2007 | Bank... | Reimbursement for Check Fees | 70.00 |
| 2/6/2007 | Debit | Stop payment fee - 3 orders | 90.00 |
| 2/9/2007 | Debit | NSF fees | 264.00 |
| 2/12/2007 | Debit | NSF fees | 165.00 |
| 2/12/2007 | Debit | nsf fee | 33.00 |
| 2/12/2007 | Debit | NSF charge | 33.00 |
| 2/13/2007 | Debit | NSF charges | 66.00 |
| 2/14/2007 | Debit | NSF charges | 132.00 |
| 2/14/2007 | Debit | NSF charge | 66.00 |
| 2/15/2007 | | Service Charge | 7.50 |
| 2/16/2007 | Debit | NSF fee | 33.00 |
| 2/16/2007 | Debit | Official check charge | 10.00 |
| 2/20/2007 | Debit | NSF charge | 33.00 |
| 3/2/2007 | Debit | NSF Fee | 198.00 |
| 3/15/2007 | | Service Charge | 7.50 |
| 4/15/2007 | | Service Charge | 7.50 |
| 4/23/2007 | Debit | Commercial loan | 120.00 |
| 4/23/2007 | Debit | Photocopy fee for account 0003... | 75.00 |
| 5/15/2007 | | Service Charge | 7.50 |
| 6/15/2007 | | Service Charge | 7.50 |
| 7/6/2007 | Debit | Cash management transaction fee | 7.00 |
| 7/13/2007 | | Service Charge | 7.50 |
| 7/31/2007 | Debit | Outgoing wire fee | 30.00 |
| 8/9/2007 | Debit | Outgoing wire fee | 30.00 |
| 8/13/2007 | | Service Charge | 7.50 |
| 8/31/2007 | | Service Charge | 10.00 |
| 9/6/2007 | Debit | Stop payment fee | 30.00 |
| 9/24/2007 | Debit | Outgoing wire fee | 30.00 |
| 9/28/2007 | Debit | Incoming wire fee | 15.00 |
| **Total Bank Service Charges** | | | **3,203.50** |
| **TOTAL** | | | **3,203.50** |