# EXHIBIT D

# NOTICE OF TAX DUE

#BWNFFBV
#102360907073L012#
JC DENIRO ASSOCIATES LLC
174A 9TH AVE
NEW YORK, NY 10011-4905

JULY 31, 2007
EIN:            22-3878827
ACCT TYPE:    UBT-PARTNR
DISCREPANCY & BILLING
NYC-B110

PERIOD  01/01/05 TO 12/31/05
TAX :                                    $7,500.92
INTEREST TO 08/10/07 :                   $1,034.63
LATE FILING PENALTY :                    $1,687.71
LATE PAYMENT PENALTY :                     $262.53
TOTAL LIABILITY :                                      $10,485.79
BALANCE OF LIABILITY:                                  $10,485.79
TOTAL REMITTANCE DUE :                                 $10,485.79

For information concerning penalties and interest assessed on this notice please call (212) 232-1295.
For payment discrepancy inquiries please call (212) 232-0995.
Send all correspondence to: NYC Department of Finance, Business Tax Adjustments, 59 Maiden Lane, 18th fl, N.Y., N.Y. 10038.
Enclosures: Return Envelope.

---

TO INSURE PROPER CREDIT, DETACH THE BOTTOM PORTION AND RETURN IT WITH YOUR CHECK MADE PAYABLE TO THE
NYC DEPARTMENT OF FINANCE. SEE THE REVERSE SIDE OF THIS NOTICE FOR MAILING AND PAYMENT INSTRUCTIONS.

ACCOUNT PERIOD : 01/01/05 to 12/31/05
INTEREST TO :      08/10/07

NYC-B110

NOTICE NO.:     102360907073101
EIN:            22-3878827
ACCT TYPE:    UBT-PARTNR
DISCREPANCY & BILLING

## TOTAL REMITTANCE DUE : $10,485.79

JC DENIRO ASSOCIATES LLC
**Did Your Mailing Address Change?**
If so, Please Visit Us at **nyc.gov/finance** and click
Update Name and Address in the blue Business
Taxes Box. This will bring you to the Business
Taxes Change of Name, Address or Account
Information.

**NYC DEPARTMENT OF FINANCE**
P.O. BOX 5100
KINGSTON, NY 12402-5100





330005000000104857910236090070731

(ENY029:12-D0)

000239.03