# EXHIBIT F



**For All the Commitments You Make®**

REAL ESTATE
PRACTICE POLICY

## DECLARATIONS

| AGENCY | BRANCH | PREFIX | POLICY NUMBER |
|---|---|---|---|
| 078990 | 969 | REP | 2-4988169-3-03 |

Insurance is provided by
Continental Casualty Company
CNA Plaza, Chicago, IL 60685,
A Stock Insurance Company.

1. NAMED INSURED AND MAILING ADDRESS:

   J. C. DeNiro, LLC
   65 North Moore
   Suite 2A
   New York , NY 10013

   NOTICE TO POLICYHOLDERS:
   The coverage afforded by this policy is on a Claims Made basis. Please review the Policy carefully and discuss the coverage with your insurance agent or broker.

2. POLICY PERIOD:   Inception: 11/25/03   Expiration: 11/25/04
      at 12:01 A.M. Standard Time at the address shown above.

3. ERRORS AND OMISSIONS LIABILITY:

   A. Limits of Liability: Each Claim: $1,000,000.  Aggregate: $1,000,000.

   B. Lockbox Limit of Liability:                                            $30,000.
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   C. Vicarious Liability and Disparate Impact Discrimination
        Limit of Liability:                                                  $250,000.
      (SUBLIMIT INCLUDED WITHIN THE LIMITS OF LIABILITY)

   D. Deductible:                                      Each Claim:   $1,000.

   E. First Coverage Date:  11/25/02

4. PREMIUM:                                                          $855.00
   DISCRIMINATION (Optional   $250,000 Sublimit):                    $100.00
   TOTAL PREMIUM:                                                    $955.00

   The premium for any Extended Claim Reporting Period requested as specified in the policy
   will be: 200% of the annual premium for 3 years.

   *James F. Willging*
   _____
   Countersigned by Authorized Representative

G-128413-B31
(ED. 2/00)
                                  - 1 -
I114488-B052361