# EXHIBIT G

*nt: 03.13.07*     WV

# INVOICE FROM DIGITAL DESTINATIONS

**February 2nd 2007**

**Outstanding balances**

2007-05.........$ 1800
2007-06........$ 996
2006-126......$ 1260
2006-127......$ 595
2006-77........$ 2100
2006-120......$ 975
2006-121......$ 3075
　　　　　　　10,801.00

**John Neitzel - (212) 989-2236**
**Digital Destinations**
**255 West 36th Street**
**Suite 1204**
**New York, New York**
**10018**