# EXHIBIT H

06/07/2007  15:18   5169331697            CREDIT DEPT                PAGE 02

```
                                                                      LEDGER
JC DENIRO & ASSOCIATES          775975-6                              FUTURE
    BALANCE       ZERO-35     OVER 35    OVER 60    OVER 90
     573.73        3.20        116.83     3.20      450.50
Enter line # to view detail: ___  (Cmd-9 Summary, Cmd 11-FAX, CMD16-print)
LNE#   REF#  GALLONS  CODE   DATE    AGE   DEBITS    CREDITS   BALANCE
                                                               (573.73)
  1                   FIN   5/03/07    4    3.20               570.53
  2     1             ACM   3/16/07   52  113.63 ✓             456.90
  3                   FIN   3/08/07   60    3.20               453.70
  4                   FIN   2/19/07   77    3.20               450.50
  5                   FIN   2/04/07   92    3.20               447.30
  6                   FIN   1/20/07  107    2.36               444.94
  7                   FIN   1/05/07  122    2.36               442.58
  8                   FIN  12/21/06  137    2.36               440.22
  9     1             ACM  12/16/06  142  113.63               326.59
 10                   FIN  12/06/06  152    2.36               324.23
 11                   FIN  11/21/06  167    2.36               321.87
 12                   CHK  11/06/06                 113.63-X   435.50
 13   5366444         ALC   9/27/06  222  321.87               113.63
 14     1             ACM   9/16/06        113.63 X
 15   5282588         DEP   6/17/06                 300.00-      .00
 16   5282588         ALC   6/17/06       300.00               300.00
 17     1             ACM   6/16/06       113.63                 .00
 18                   M/C   6/08/06                 113.63-    113.63-
```



Slomin's
125 Lauman Lane
Hicksville NY 11801-6539

## Slomin's Inc.
### Alarm Services

<u>Service Location:</u> 34 8th Avenue, NYC  Chelsea

```
05/07/2007  15:18    5169331697              CREDIT DEPT                    PAGE  03
```

```
JC DENIRO & ASSOCIATES              537634-8                                    LEDGER
BALANCE       ZERO-35       OVER 35         OVER 60        OVER 90         FUTURE
 376.97         6.29         118.69           3.62          248.37
Enter line # to view detail:        (Cmd-9 Summary, Cmd 11-Fax, CMD18-print)
LNE#   REF# GALLONS CODE    DATE   AGE     DEBITS        CREDITS        BALANCE
  1                  FIN   5/01/07   6       2.67                        376.97
  2                  FIN   4/16/07  21       1.81                        374.30
  3                  FIN   4/01/07  36       1.81                        372.49
  4                  FIN   3/17/07  51       1.81                        370.68
  5      1           ACM   3/11/07  57     116.88 ✓                      368.87
  6                  FIN   3/02/07  66       1.81                        251.99
  7                  FIN   2/15/07  81       1.81                        250.18
  8                  FIN   1/31/07  96       1.81                        248.37
  9      1           ACM  12/11/06 147     116.88 ✓                      246.56
 10      1           AMC  12/11/06 147     132.22                        129.68
 11      1           ACM   9/11/06         115.26  112.76                  2.54-
 12                  CHK   7/14/06                         235.56-       117.80-
 13      1           ACM   6/11/06         115.26                        117.76
 14                  CHK   6/01/06                         115.30-         2.50
 15                  FIN   5/31/06            .84                        117.80
 16                  FIN   5/16/06            .84                        116.96
 17                  FIN   5/01/06            .84                        116.12
 18      1           ACM   3/11/06         115.26                        115.28
```



Slomin's
125 Lauman Lane
Hicksville NY 11801-6539

## Slomin's Inc.
**Alarm Services**

Service Location: 2265 Broadway  *West Village*