# EXHIBIT I



 **Pest Away Exterminating**
2067 Broadway, Suite 68
New York, NY 10023
212-721-2521

| ACCOUNT | ACCOUNT |
|---|---|
| 101721 | 101721 |
| STATEMENT DATE | STATEMENT DATE |
| 03/08/07 | 03/08/07 |

JC DeNIRO & ASSOCIATES
ATTN: James P. Buglione
2265 Broadway
NEW YORK, NY 10024-5402

RETURN THIS PORTION WITH PAYMEN

| DATE | ORDER | INVOICE | DESCRIPTION | AMOUNT | BALANCE | INVOICE | DUE |
|---|---|---|---|---|---|---|---|
| Service Address: 2265 Broadway, NEW YORK, NY 10024 | | | | | | | |
| 10/06/06 | 47127 | 47127 | Balance Forward | 268.77 | 268.77 ✓ | 47127 | 268.77 |
| 11/06/06 | 47683 | 47683 | Balance Forward | 1,007.89 | 1,007.89 ✓ | 47683 | 1,276.66 |
| 12/06/06 | 48246 | 48246 | Balance Forward | 268.77 | 268.77 ✓ | 48246 | 1,545.43 |
| 12/15/06 | 9950584 | 9950584 | SERVICE NOT PART OF | 67.19 | 67.19 | 9950584 | 1,612.62 |
| 01/03/07 | 9948539 | 9948539 | WEEKLY | 67.19 | 67.19 | 9948539 | 1,679.81 |
| 01/10/07 | 9948540 | 9948540 | WEEKLY | 67.19 | 67.19 | 9948540 | 1,747.00 |
| 01/17/07 | 9948541 | 9948541 | WEEKLY | 67.19 | 67.19 | 9948541 | 1,814.19 |
| 01/24/07 | 9948542 | 9948542 | WEEKLY | 67.19 | 67.19 | 9948542 | 1,881.38 |
| 01/31/07 | 9948543 | 9948543 | WEEKLY | 67.19 | 67.19 | 9948543 | 1,948.57 |
| 02/07/07 | 9949661 | 9949661 | WEEKLY | 67.19 | 67.19 | 9949661 | 2,015.76 |
| 02/14/07 | 9949662 | 9949662 | WEEKLY | 67.19 | 67.19 | 9949662 | 2,082.95 |
| 02/21/07 | 9949663 | 9949663 | WEEKLY | 67.19 | 67.19 | 9949663 | 2,150.14 |
| 02/28/07 | 9949664 | 9949664 | WEEKLY | 67.19 | 67.19 | 9949664 | 2,217.33 |
| Service Address: 174-1 9TH AVENUE, New York, NY 10011 | | | | | | | |
| 12/13/06 | 9950837 | 9950837 | SPECIAL SERVICE CALL/ ODOR | 270.94 | 270.94 | 9950837 | 2,488.27 |
| 12/15/06 | 9952043 | 9952043 | RODENT PROOFING SERVICE | 325.13 | 325.13 | 9952043 | 2,813.40 |

| CURRENT | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL | TOTAL AMOUNT DUE | 2,813.40 |
|---|---|---|---|---|---|---|
| 268.76 | 268.76 | 730.45 | 1,545.43 | 2,813.40 | | |

CHECK ITEMS BEING PAI

THIS ACCOUNT IS SERIOULY PAST DUE.

AMOUNT
REMITTED_____

© Copyright 2003 Marathon Data Systems, Inc. - All Rights Reserved