# EXHIBIT J

From    ZACKARCHITECT@aol.com
To      cristy@jcdeniro.com
Subject No Subject
Date    Fri, 23 Mar 2007 11:05:25 EDT [03/23/2007 11:05:25 AM EDT]

This HTML message has images embedded in it.
Click here to HIDE the Images.

hi christy,

i was told to send you an email about my past due invoices for jcdeniro. attached is the march 1 bill and the past due amount going back 6 months and more. the total past due up march 1, 07 is $5191.00. i know it is not that much, but i work for myself and have spent hours keeping track of this which has been going on for over a year. the last check i recieved was back in october which was for workin june and august. i would appreciate any help you can give me in clearing this up and hopefully being able to have future monthy invoices paid in a reasonable amount of time.
my cell phone is 646-245-3922 if you need any info from me.
thanks for your help....

yours,

gregory zack



312 west 15th street suite 21 new york, new york 10011

*******************************************

AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

WV

**GREGORY ZACK AIA**
**ARCHITECT**

312 west 15th street suite 21 new york new york 10011

phone: 646 245 3922
fax: 646 349 5937
zackarchitect@aol.com

*Sent - 03.05.07*

**JC DeNIRO & ASSOC.**
**174-A NINTH AVE.**
**NYC, NY  10011**

3/1/2007

**FEBUARY BILL FOR ARCHITECTURAL DRAWING'S OF APARTMENTS**

| Date | Address | Amount | Description |
|---|---|---|---|
| 2/2/07 | ITALY HOUSE #1 | $220 | (2 APART. HOUSE DANIELLE) |
| 2/2/07 | ITALY HOUSE #2 | $220 | (2 APART. HOUSE DANIELLE) |
| 2/8/07 | 299 W 12, #1E | $170 | (1 BR DIANE) |
| 2/10/07 | 299 W 12, 17K | $170 | (1 BR DIANE) |
| 2/10/07 | 295 GREENW. 9J | $220 | ( I BR /LARGE TERRACE LARA) |
| 2/21/07 | 300 W 23, 7M | $120 | (STUDIO GREG) |
| 2/27607 | 335 W 21, #9-10 | $220 | (2 BR JENNIFER) |
| 2/28/07 | 325 W 14 | $220 | (TOP FL. & ROOF DANIELLE) |

**FEBUARY TOTAL**        $1,560.00

**PAST DUE**   5/06-2/1/07     $3631.00

**TOTAL DUE**           **$5191.00**

THANK YOU,

GREGORY ZACK