# EXHIBIT K



**MILLER ADVERTISING AGENCY, INC.**
71 FIFTH AVENUE, NEW YORK, NY 10003-3004
(212) 929-2200 · FAX (212) 675-8129

JC DeNiro & Associates     -N122
Attn: Christopher Mathieson
174-A Ninth Ave.
New York, NY 10011

| STATEMENT OF ACCOUNT ||
|---|---|
| As Of Date | 2/20/2007 |
| Customer Code | 0000118705 |

AE: 020

| Invoice Date | Invoice Number | Due Date | Follow-up Date | Invoice Amount | Balance |
|---|---|---|---|---|---|
| Unapplied | 3018 From 9/9/2005 | | | 0.00 | (9.00) |
| 11/28/2005 | 568121 | 12/28/2005 | | 5,147.50 | 5,075.65 |
| 8/30/2006 | 595629 | 9/29/2006 | | 1,055.40 | 1,055.40 |
| 10/31/2006 | 601535 | 11/30/2006 | PAST DUE | 1,398.25 | 1,398.25 |
| 11/30/2006 | 604568 | 12/30/2006 | | 2,054.00 | 2,054.00 |
| 12/31/2006 | 606871 | 1/30/2007 | | 878.90 | 878.90 |
| 1/31/2007 | 609690 | 3/2/2007 | | 1,118.60 | 1,118.60 |
| 2/12/2007 | 611777 | 3/14/2007 | | 20.00 | 20.00 |

| Current | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 | |
|---|---|---|---|---|---|
| 1,129.60 | 878.90 | 2,054.00 | 1,398.25 | 6,141.05 | 11,601.80 |