# EXHIBIT M

# ABC/Amega INC

*American Bureau
of Collections*

JUNE 1, 2007

```
ACCOUNTS PAYABLE           EC442888
JC DENIRO & ASSOCIATES
CHRISTINE VEGA, A/P MGR
174-A NINTH AVE
NEW YORK NY   10011
```

```
REFER TO OUR FILE #...059EC442888      PRINCIPAL PLACED:    $5,864.58
RE: ACCOUNT # NY@145218                PRINCIPAL BALANCE:   $5,864.58
    STAPLES BUS ADVANTAGE/INTERNAL     INTEREST:              $175.94
    500 STAPLES DR
    FRAMINGHAM MA   01701
```

DEAR SIR

This is to inform you that you have 10 days from the date of this letter to remit the amount of $5864.58 representing the amount past due to the creditor referenced above.

Should your payment not be received within the allotted time, the American Bureau of Collections, Inc will proceed with regular collection efforts.

SINCERELY YOURS,

AMERICAN BUREAU OF COLLECTIONS, INC.
1100 MAIN ST.
BUFFALO, NY   14209

\*\*\* TO ASSURE PROPER CREDIT, PUT OUR FILE NUMBER ON ALL CORRESPONDENCE

*Receivable Solutions, Anywhere You Need Us*

Headquarters
1100 Main Street
Buffalo, New York
14209-2356 U.S.A.

Phone  716.885.4444
Fax    716.878.2872