# EXHIBIT N

295587083

**R·M·S**

**55 SHUMAN ROAD**
**P.O. Box 3099**
**Naperville  IL  60566-7099**

# Collection Notice

Receivable Management Services
*The global collection company*

**Phone:        630-718-7000**

**This account may be forwarded**
**to the D&B Credit database.**

*075R230100162601*
DENERO & ASSOCIATES INTL/J C
174 9TH AVE # A
NEW YORK  NY  10011-4905

March 16, 2007

Re:   Quill Corporation
      Claim amt:        $4,811.48
      Claim No:    295587083-Q
      Ref. No:    5382117
      LDKU

Your account has been placed with us for collection because you have
failed to respond to previous requests for payment.  The amount due now
includes a 10% collection fee pursuant to your purchase agreement and
prior notices from our customer.  Additional amounts may become due
should it become necessary to forward your account to an attorney for
collection.

This letter is a demand for immediate payment in full.  To avoid
additional collection activity, we must receive your payment within 10
days.  Please make your check or money order payable to your creditor,
but mail or deliver to the address above for prompt credit.

We will withhold further collection activity a brief period in
anticipation of receiving your prompt cooperation.

Sincerely,

Receivable Management Services

Please consider this as notice that if payment is made by
consumer check we will convert this check to an electronic
debit to your account via ACH and if the check is returned
NSF, we will represent the check via ACH debit.

**IMPORTANT: REFER TO CLAIM NUMBER IN ALL COMMUNICATIONS**
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

8H-497RC