# EXHIBIT O

Pitney Bowes
Engineering the flow of communication™

# Your leasing statement

February 13, 2007

**Account name**
JC Denario & Associates

**Account number**
8740681

**Invoice number**
8740681-JA07

## Summary of your statement

| | |
|---|---|
| Sales tax | $0.00 |
| Late charges | $34.49 |
| Previous balance after payments | $757.28 |
| **Total past due** | **$791.77** |

**Please see reverse side for details of your invoice charges.**

Pitney Bowes Global Financial Services LLC is now servicing your lease. The terms of your lease will not change. Please make payments to **Pitney Bowes Global Financial Services LLC.**

Pitney Bowes Global Financial Services LLC Federal Employer I.D. is 20-1344287. If you require a W-9 Form please go online to:

**http://www.pb.com/w9** and click on "Pitney Bowes Global Financial Services LLC."

If you are currently exempt from sales/use taxes, please fax a new exemption certificate to Pitney Bowes Global Financial Services LLC at 203-922-4030.

Any payments received after Feb 6, 2007 may not be reflected on this invoice.

**Questions?**
If you have questions about your bill


**Log on to: www.pb.com** and click on *My Account*. Your enrollment code is: 0648


**Call 8 a.m to 8 p.m. EST: 1-800-732-7222**

Past due notice: Your account is now past due. Please mail your payment today to the return address.

Thank you for choosing Pitney Bowes.

2006
11/13 374.90 pd 3/6
12/13 29 -
1/13 353.38
2/13 34.49
791.77
- 374.90
416.87

 TAX ID 20-1344287 Tear off here 000657 X

**Pitney Bowes**
2225 American Drive
Neenah, WI 54956-1005
0122030006570000100102132007

**Leasing payment coupon**
Please make your check payable to
*Pitney Bowes Global Financial Services LLC*

**Account number:** 8740681 **Amount you owe:** **$791.77**
**Invoice number:** 8740681-JA07
**Invoice date:** Feb 13, 2007 **Due date:** **On receipt**
**Amount paid $**

10 8740681 001 640 00079177 7 03449 3 0

PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC
PO BOX 856460
LOUISVILLE KY 40285-6460

JC DENARIO & ASSOCIATES
174 9TH AVE # A
NEW YORK NY 10011-4905

☐ **Change of contact information?**
Check here and fill in the information on the back.

Pitney Bowes
Engineering the flow of communication™

When making payment reference this Account Number: 8000-9090-0076-6647

Page 1 of 2

Customer Identification #: 20155235862


03/11/07


$4,080.60


$1,272.60

04/08/07

$ .

MAKE CHECK PAYABLE TO:

N005677

ACCOUNTS PAYABLE
JC DENIRO AND ASSOCIATES
174 A NINTH AVENUE
NEW YORK NY 10011

PITNEY BOWES POSTAGE BY PHONE
PO BOX 856042
LOUISVILLE KY 40285-6042

The Pitney Bowes Bank, Inc. Tax ID # 84-1386389
When making payments reference Account Number noted at the top of the page.

Check here for address / phone change and note on back ☐

99 8000 9090 0076 6647 00127260 00408060

DETACH THE ABOVE AND MAIL WITH YOUR PAYMENT

Purchase Power

**PURCHASE POWER**
Account Number: 8000-9090-0076-6647
Postage By Phone Number: 42520718

Great news! Your Purchase Power 2006 Annual Account Statement is now available. The fastest and easiest way to see it is to visit www.postagebyphone.com, log in, click on "View your statements" and select 2006 annual statement from the list. You'll be able to see all your account activity for 2006.

WE HAVE NOT RECEIVED A PAYMENT SINCE YOUR LAST BILLING STATEMENT AND YOUR ACCOUNT IS CURRENTLY OVER THE ASSIGNED CREDIT LIMIT. IF PAYMENT HAS ALREADY BEEN REMITTED, PLEASE DISREGARD THIS MESSAGE. THANK YOU.

**ACCOUNT SUMMARY**

| | MONTHLY ACTIVITY |
|---|---|
| *Total New Activity* | *$0.00* |

**ACCOUNT ACTIVITY**

| | |
|---|---|
| Previous Balance | $3,938.96 |
| Payments | $0.00 |
| Credits and Other Charges | $78.00 |
| New Activity | $0.00 |
| Finance Charges | $63.64 |
| Total Amount Due | $4,080.60 ✓ |

| | |
|---|---|
| Past Due Amount | $387.00 |
| Amount Over Credit Limit | $680.60 |
| Minimum Payment | $1,272.60 |

Credit Limit: $3,400.00 Available: $0.00 Payment Due Date: 04/08/07

**PAYMENTS**

| Tran Date | Post Date | Description | Amount |
|---|---|---|---|
| | | Total Payments: | $0.00 |