# EXHIBIT P

**DELL Business Credit**

www.dell.com/dfs
See reverse side for important account information and contact information.
Toll-Free # 866-413-3355

| | | | | |
|---|---|---|---|---|
| Previous Balance | $10,245.19 | Statement Closing Date | Feb 16, 2007 | |
| Purchase & Other Debits | $35.00 | Payments | .00 | Payment Due Date: Mar 13, 2007 |
| Periodic Finance Charges | $237.05 | Other Credits & Adjustments | .00 | Current Month Due: $263.00 |
| Other Charges | .00 | New Balance | $10,517.24 | Past Due Amount: $664.00 |
| | | | | Total Minimum Payment Due: $927.00 |

| | |
|---|---|
| Total DFS Credit Line: | $35,000.00 |
| Total Available Credit Line: | $24,482.76 |
| Amount Over Credit Limit: | .00 |

Your business has $ 24,482.76 in available credit with Dell Financial Services. Depending on your financing objectives, this credit line is available to your company for use with any of our revolving credit, lease or loan products. Call your sales representative or visit online to determine which option is best for your company.

| Credit Plan #: | Transaction Date: | Description: | Reference #: | Amount: |
|---|---|---|---|---|
| 00001-01 | 02-16-07 | BILLED FINANCE CHARGES | | 237.05 |
| 00001-01 | 02-16-07 | LATE CHARGE ASSESSMENT | | 35.00 |

| Credit Plan #: | Credit Plan Description: | Promotion Expire Date: | Balance Subject to Finance Charge: | Daily Periodic Rate: | Corresponding Interest Rate: | Days in Cycle: | FINANCE CHARGES: |
|---|---|---|---|---|---|---|---|
| 00001-01 | REGULAR PLAN | | $10,246.32 | .07463% | 27.24% | 31 | $237.05 |

**SPECIAL MESSAGES**

Your account is past due and your credit privileges have been suspended. If you have already sent us a payment, thank you. ✶

---

Please return this portion with payment. Do not staple or fold.

**DELL Business Credit**

| | |
|---|---|
| Account #: | 6879 4502 0400 6761 641 |
| Total Minimum Payment Due: | $927.00 |
| Payment Due Date: | Mar 13, 2007 |

New Address or Phone Number?
Please check box and complete reverse side

Amount Enclosed: $ 

Please make your check payable to: Dell Business Credit
Include your account number on your check or money order.



JC DENARIO & ASSOC
174-A 9TH AVENUE
NEW YORK, NY NY 10011-4905

DELL BUSINESS CREDIT
PAYMENT PROCESSING CENTER
P.O. BOX 5275
CAROL STREAM, IL 60197-5275



16 8794502040067616410001051724000026300000927000313200700450 0000