# EXHIBIT U

# Leviev Fulton Club, LLC
18 West 21st Street, 4th Floor,
New York, NY 10010

212-465-8455

### 30-DAY NOTICE TO CURE DEFAULT

September 24, 2007

Jack Deniro
JC Deniro & Associates
174 Ninth Avenue
New York, NY 10011

          Re:    District
                   111 Fulton Street
                   New York, New York

Dear Mr. Deniro:

    I am a managing member of Leviev Fulton Club, LLC, the owner of the above-referenced condominium and the signatory of the exclusive sales and marketing agreement dated March 19, 2007.

    I am writing you this letter pursuant to §6(d) of the agreement to notify you of JC Deniro & Associates defaults thereunder.

    JC Deniro & Associates defaulted in that:

1. in violation of §2, JC Deniro & Associates are engaged in performing services to other Development Projects : selling condominium units located at 11 East 36th Street, New York;
2. in violation of §2, JC Deniro & Associates are engaged in performing services to other Development Projects : selling condominium units known as 123 Baxter Street, New York;
3. in violation of §2, JC Deniro & Associates are engaged in performing services to other Development Projects : marketing condominium units known as West 43, New York;

4. in violation of §2, JC Deniro & Associates are engaged in performing services to other Development Projects : marketing and leasing units known as The Modern on 16th Street, New York;
5. in violation of §2(a)(v), JC Deniro & Associates failed to work ( in the past 6-7 weeks) with advertising agencies, public relations and other professionals who were retained on the project by Leviev Fulton Club, LLC;
6. in violation of §2(b)(ii), JC Deniro & Associates failed to provide written status reports, including the prospect traffic visiting the building and demographic analyzes;
7. in violation of §2(b)(v), JC Deniro & Associates failed to solicit and field all lead calls in a timely and professional manner;
8. in violation of §2(b)(vii), JC Deniro & Associates principals and supervisors could not be reached in the past 6-7 weeks and failed to attend meetings with representatives of Leviev Fulton Club, LLC;
9. in violation of §5(a), JC Deniro & Associates failed to submit and to receive from Leviev Fulton Club, LLC prior approval for their marketing and stuff expenses;
10. in violation of §5(b), JC Deniro & Associates failed to provide services of key employees - Stephen McArdle ( from the commencement of the project) and Christopher Mathieson ( for the last 6-7 weeks) or their respective replacements;
11. in violation of §5(c), JC Deniro & Associates failed to prepare and submit to Leviev Fulton Club, LLC proposed schedule identifying its staff members anticipated to perform on site services in August, September and October, 2007.

Please cure the above defaults within 30 days from receipt of this letter. Please also provide me with the name and real estate license number of broker who will be supervising JC Deniro & Associates' compliance with the terms and provisions of the agreement.

This notice shall not constitute waiver by Leviev Fulton Club, LLC of any other defaults of the agreement by JC Deniro & Associates. Leviev Fulton Club, LLC reserves the right to amend and/or supplement this notice, if necessary.

Very truly yours,

Joseph Klaynberg