# EXHIBIT X



**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
123 WILLIAM STREET
NEW YORK, NY 10038-3804

ELIOT SPITZER
GOVERNOR

LORRAINE A. CORTÉS-VÁZQUEZ
SECRETARY OF STATE

# CONDITIONAL LETTER OF AUTHORIZATION

September 28, 2007

TO WHOM IT MAY CONCERN:

**John C. DeNiro**

has qualified as a **Real Estate Limited Liability Company Broker**

at the business address of:

**J C DeNiro Associates, LLC
174 A Ninth Avenue
New York, NY 10011**

This is a conditional letter of authorization of the above to act as stated for a period of **not more than 60 days** from the above date. This document does not guarantee licensure after 60 days. Your application is subject to additional review and approval prior to issuance of the appropriate license, commission or certification.

Sincerely,

*C. Nee*

Licensing Services Clerk

WWW.DOS.STATE.NY.US  •  E-MAIL: INFO@DOS.STATE.NY.US