# EXHIBIT Y



REAL ESTATE INTERNATIONAL

October 11, 2007

*Certified Mail Return Receipt Requested*

Mr. Christopher Mathieson
34 Eighth Avenue, 5A
New York, New York 10014

Re:    **Christopher Mathieson v. JC DeNiro & Associates, LLC**

Dear Mr. Mathieson:

Under the provisions of Section 7.4 of the Operating Agreement of J.C. DeNiro & Associates, LLC, you are notified of my election to continue J.C. DeNiro & Associates, LLC by myself or with others, and to cause J.C. DeNiro & Associates, LLC to purchase your interest.

Sincerely,

John C. DeNiro

cc:    Robert Franklin
       Addressee by regular mail

174-A Ninth Ave
New York, NY 10011
(212) 229-2722

824 E. Atlantic Ave #7
Delray Beach, FL 33483
(561) 278-3030