UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHRISTOPHER MATHIESON,

            Plaintiff,

    -against-                                    07 Civ. 8527 (LAK)

JOHN C. DENIRO,

            Defendant.
------------------------------------------------x

                    **ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion for an enlargement of time and to reschedule hearing is granted to the extent that the hearing previously scheduled for October 17, 2007 is adjourned until October 22, 2007 at 2:15 p.m. Insofar as defendant sought an extension of time within which to file answering papers, the motion is denied as moot.

        SO ORDERED.

Dated:    October 15, 2007

                                                _____
                                                  Lewis A. Kaplan
                                                United States District Judge