# Exhibit A

34 Agents    9/12/07



## MEET OUR AGENTS

Our Associates are astute, energetic, and professional -- as dynamic as the City itself. They are focused on their clients' needs and are committed to exceeding their clients' expectations. Take a moment to get to know them.

### New York: Sales


Suzun Bennet
suzun@jcdeniro.com


Christine Campbell
cc@jcdeniro.com


John T. Chubet
john@jcdeniro.com


Jodi Cowen
jodi@jcdeniro.com


Peter Denby
peter@jcdeniro.com


Jean DeNiro
jean@jcdeniro.com


Sharif Fakhr
sharif@jcdeniro.com


James C. Flowers
flowers@jcdeniro.com






| | | | |
|---|---|---|---|
| Jerry Gaschen<br>jerry@jcdeniro.com | Ervin Hechavarria<br>ervin@jcdeniro.com | Scott Hirschberg<br>scott@jcdeniro.com | Penny Howell<br>penny@jcdeniro.com |
|  |  |  |  |
| Brian M. Kelley<br>brian@jcdeniro.com | Kristin Kogan<br>kristin@jcdeniro.com | Steven Kopstein<br>steven@jcdeniro.com | S. Hunie Kwon<br>hunie@jcdeniro.com |
|  |  |  |  |
| Lara Leonard<br>lara@jcdeniro.com | Gregory Leveridge<br>gregory@jcdeniro.com | David Margolies<br>david@jcdeniro.com | Nikki Martin<br>nikki@jcdeniro.com |
|  |  |  |  |
| Christopher Mathieson<br>christopher@jcdeniro.com | Stephen McArdle<br>stephen@jcdeniro.com | Leslie Mintzer, SVP<br>leslie@jcdeniro.com | Diane Nichols<br>diane@jcdeniro.com |
|  |  |  |  |
| Marisol Oberzauchner<br>marisol@jcdeniro.com | Creighton Redenbo<br>creighton@jcdeniro.com | Jennifer Regenstreich<br>jennifer@jcdeniro.com | Danielle Sevier<br>danielle@jcdeniro.com |



Armanda Squadrilli
squad@jcdeniro.com



Grace Steel
grace@jcdeniro.com



Dahlia Swerdloff
dahlia@jcdeniro.com

Dikla Tal
Dikla@jcdeniro.com





Lauren Wagner
lauren@jcdeniro.com



Matthew Weiner
matthew@jcdeniro.com

## Florida: Residential Development



Jack DeNiro
jack@jcdeniro.com

Copyright © 2005 JC DeNiro & Associates, LLC   All Rights Reserved.
(212) 229-2722    Fax: (212) 229-1560    E-MAIL

*10/15/07 — 24 Agents — Agent Roster*

# JC DeNiro & Associates
## REAL ESTATE INTERNATIONAL

HOME    PROPERTY    OPEN HOUSES    AGENTS    BUYING    SELLING    ABOUT US

## MEET OUR AGENTS

Our Associates are astute, energetic, and professional -- as dynamic as the City itself. They are focused on their clients' needs and are committed to exceeding their clients' expectations. Take a moment to get to know them.

### New York: Sales


Suzun Bennet
suzun@jcdeniro.com


John T. Chubet
john@jcdeniro.com


Jodi Cowen
jodi@jcdeniro.com


Peter Denby
peter@jcdeniro.com


Jean DeNiro
jean@jcdeniro.com


Sharif Fakhr
sharif@jcdeniro.com


James C. Flowers
flowers@jcdeniro.com


Scott Hirschberg
scott@jcdeniro.com









Kristin Kogan
kristin@jcdeniro.com

Steven Kopstein
steven@jcdeniro.com

S. Hunie Kwon
hunie@jcdeniro.com

Lara Leonard
lara@jcdeniro.com



Gregory Leveridge
gregory@jcdeniro.com



David Margolies
david@jcdeniro.com



Nikki Martin
nikki@jcdeniro.com



Kristen Mooney
kmooney@jcdeniro.com



Diane Nichols
diane@jcdeniro.com



Marisol Oberzauchner
marisol@jcdeniro.com



Creighton Redenbo
creighton@jcdeniro.com



Jennifer Regenstreich
jennifer@jcdeniro.com



Danielle Sevier
danielle@jcdeniro.com



Armanda Squadrilli
squad@jcdeniro.com



Grace Steel
grace@jcdeniro.com



Lauren Wagner
lauren@jcdeniro.com



Matthew Weiner
matthew@jcdeniro.com

**Florida: Residential Development**