# Exhibit B

## Christopher

| | |
|---|---|
| **From:** | Christopher [christopher@jcdeniro.com] |
| **Sent:** | Monday, February 19, 2007 1:17 PM |
| **To:** | cristy@gate.net; jackdeniro@bellsouth.net |
| **Cc:** | christopher@jcdeniro.com |
| **Subject:** | JC DeNiro |
| **Attachments:** | Copy of CommissionIncome2007 - Christopher's - Moved.xls; Commissions Due to Christopher2.xls |

Cristy

Here is where I check the accounts

http://www.us.hsbc.com

Nicholas.Matthias@us.hsbc.com
This is my contact at the bank he is very nice and has been very helpful with our accounts and getting things done.
I have cc him on this email
212.608.2982
Nicholas

You are going to have to call the 800.975.4722 number and get an electronic certificate for you computer to be able to access the business account online. It was done for me so long ago I can not recall the process but I know that is was handled outside the branch office. They will give login information then and little red fob thing that will pull up new # every time you log in for security reasons.

Fed tax ID # 223 878 827

Payroll is done via paychex

Ann Seaman
Senior Payroll Specialist
Paychex, Inc.
Phone (732) 968-2700 X41552
Fax (732) 968-4879
email aseaman@paychex.com

Address:
Paychex
1551 South Washington Avenue
Suite 200
Piscataway, NJ 08854
Attn: Ann Seaman

I think it might just be easier to fed ex down christine's laptop since that is where all the info would be and you can see everything

I have attached the latest spread sheet the password is cmboca

I have attached the spreadsheet with commission due to me which upon cursory review does not seem to be accurate since I know there are a number of transfers that I have the bank do electronically from JC DeNiro corporate to my account against commissions owed that are not reflected here (this is another reason I think it would be good for you to