Exhibit C

# Christopher

| | |
|---|---|
| **From:** | Christopher [christopher@jcdeniro.com] |
| **Sent:** | Wednesday, February 22, 2006 1:06 PM |
| **To:** | jack@jcdeniro.com |
| **Cc:** | christopher@jcdeniro.com |
| **Subject:** | NYC |
| **Attachments:** | BrokerPoachUWS.xls; Commissions Due to Christopher.xls; CommissionIncome2006.xls |

Jack-

Spread sheet is password is cmboca.

See my broker pitch spreadsheet I am reefing it a bit

See commission due me a bit I do not mind the sacrifice to build the business
We really do need to discuss the structure in more detail. What you had mentioned before when at the airport in Melbourne is important for the company to operate efficiently that we move things in that direction.

Let's pick a time to speak about this and share thoughts.


Best,

Christopher Mathieson
Managing Partner - Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011
Phone:      212.229.2722
Fax:          212.229.1560
Blackberry:  917.969.9151
E-Mail:      christopher@jcdeniro.com


visit us at *jcdeniro.com*

**Christopher Mathieson's Commissions Due from JC DeNiro & Associates**

| Address, Unit | Amount | Amount Paid | Balance Owed |
|---|---:|---:|---:|
| 520 West 23rd Street, Unit 5B | $ 10,600.00 | $ 3,000.00 | $ 7,600.00 |
| 368 West 23rd Street, Unit 3F | $ 18,250.00 | $ 3,607.65 | $ 14,642.35 |
| 520 West 23rd Street, Unit 9H | $ 16,897.84 | $ - | $ 16,897.84 |
| 15 West 11th Street, Unit 3B | $ 18,466.67 | $ - | $ 18,466.67 |
| 505 Greenwich Street, Unit 10G | $ 46,500.00 | $ - | $ 46,500.00 |
| 252 Seventh Avenue, Unit 5T | $ 29,000.00 | $ - | $ 29,000.00 |
| 520 West 23rd Street, Unit 15B | $ 6,660.00 | $ - | $ 6,660.00 |
| 60 Broadway, Unit 9E | $ 21,375.00 | $ - | $ 21,375.00 |
| 263 Ninth Avenue, Unit 8A | $ 11,666.66 | $ - | $ 11,666.66 |
| 252 Seventh Avenue, Unit 12T | $ 9,798.74 | $ - | $ 9,798.74 |
| | $ 189,214.91 | $ 6,607.65 | $ 182,607.26 |

have christine's entire computer since I always did this via email and cc here and asked her to create paper trail for my file and deduct from this list) also there was a commission sale that occurred last month 30 west street (38K) that was not on there that I did not get paid on so I put that on there. I will review the list later and send you updated one but this should be general guideline.

Another issue is going to be things I have paid for on my own like for example last week I would say I absorbed about 15K for things such as commissions that were not clearing the bank and I gave the agents cash from my account and then things we needed for the office that I have put on my own credit cards.

Just so you know the Line of Credit from the bank is 50K and is all used. This is in Jack's name

The Credit cards of which there are 2 one that I use and one that Jack has. This is our overdraft protection an is currently maxed out as well. The amount allocated for my card/overdraft is $45K and Jack's card allocation is $5K. This total amount is in my name.

I was able to copy this page from the HSBC site where I look view our accounts.

The business extra account is the main one we use for most things
Free business checking I had set up to try and use for the rent on all of our 3 location (since we bounce so many checks I am sorry to say but I did not want this to happen with our landlords)
The commercial market rate account I had set up to deposit my commission and get paid on them from there so they would not be confused with the rest of the funds but does not always happen since the main account will need the money and I end up depositing funds there.

You can see the Credit Cards and Line of Credit that I already reviewed with you.
The 3rd business card ending in 178 I am not sure why that is there I think it may have been from when Jack's daughter Linda had requested a card, but then she no longer does design work for the firm so she did not need it.

| Account Name | DEPOSIT Account Number | CCY | Balance | As of |
|---|---|---|---|---|
| BUSINESSEXTRA 1 | 003786340 | USD | 23,705.80 | 02/19/2007 |
| COMM MARKET RATE INVEST | 003608611 | USD | 152.85 | 02/19/2007 |
| FREE BUSINESS CHECKING | 003795632 | USD | 941.18 | 02/19/2007 |

| Account Name | CREDIT/LOAN Account Number | CCY | Balance | As of |
|---|---|---|---|---|
| BUSINESSCARD | 5474783701692185 | USD | 4,994.82 | 02/18/2007 |
| BUSINESSCARD | 5474783701819739 | USD | 46,926.56 | 02/18/2007 |
| BUSINESSCARD | 5474783701960178 | USD | 0.00 | 02/18/2007 |
| CMML - LINE OF CREDIT | 05 0739276320 9941051329 | USD | 50,000.00 | 02/16/2007 |

\* Not FDIC Insured            \* No Bank Guarantee            \* May Lose Value

I think that is just about it.

Best,

Christopher Mathieson
Managing Partner - Broker
Chelsea Gallery Office
JC DeNiro & Associates
174-A Ninth Avenue
New York, New York 10011
Phone:     212.229.2722