# Exhibit D

| Form **1065** | | **U.S. Return of Partnership Income** For calendar year 2004, or tax year beginning _____, 2004, and ending _____, 20 ___. ► See separate instructions. | | OMB No. 1545-0099 **2004** |
|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service | | | | |

| A Principal business activity | Use the IRS label. Other- wise, print or type. | JC DENIRO ASSOCIATES LLC 65-67 NORTH MOORE STREET #2A NEW YORK, NY 10013 | D Employer Identification number 22-3878827 |
|---|---|---|---|
| R/E BROKERAGE | | | E Date business started |
| B Principal product or service | | | 10/17/2002 |
| SERVICE | | | F Total assets (see instrs) |
| C Business code number | | | $ 56,255. |
| 531210 | | | |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H Check accounting method: (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ► _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year........ ► 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**INCOME**
| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales........ | 1a | 1,509,177. |
| b | Less returns and allowances... | 1b | |
| | | 1c | 1,509,177. |
| 2 | Cost of goods sold (Schedule A, line 8)... | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c... | 3 | 1,509,177. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule)... | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040))... | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17... | 6 | |
| 7 | Other income (loss) (attach statement)........ See Statement 1 | 7 | 9,146. |
| 8 | Total income (loss). Combine lines 3 through 7... | 8 | 1,518,323. |

**DEDUCTIONS** (SEE INSTRUCTIONS FOR LIMITATIONS)
| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits)... | | 9 | 95,473. |
| 10 | Guaranteed payments to partners... | | 10 | |
| 11 | Repairs and maintenance... | | 11 | 8,205. |
| 12 | Bad debts... | | 12 | |
| 13 | Rent... | | 13 | 67,403. |
| 14 | Taxes and licenses... | | 14 | 490. |
| 15 | Interest... | | 15 | |
| 16a | Depreciation (if required, attach Form 4562)... | 16a | 6,288. | |
| b | Less depreciation reported on Schedule A and elsewhere on return... | 16b | | 16c | 6,288. |
| 17 | Depletion (Do not deduct oil and gas depletion.)... | | 17 | |
| 18 | Retirement plans, etc... | | 18 | |
| 19 | Employee benefit programs... | | 19 | |
| 20 | Other deductions (attach statement)........ See Statement 2 | | 20 | 1,311,993. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20... | | 21 | 1,489,852. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8... | | 22 | 28,471. |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company manager   Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
| Preparer's signature | [signature]    Date 10.17.2005 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | Paul E. Adams, CPA, PA 1045 E. Atlantic Ave., Ste 300 Delray Beach, FL 33483 | EIN ► 65-0159625 Phone no. (561) 265-7285 | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   PTPA0105L 01/06/05   Form **1065** (2004)

CLIENT JCD38788

**PAUL E. ADAMS, CPA, PA**
**1045 E. ATLANTIC AVE., STE 300**
**DELRAY BEACH, FL 33483**
**(561) 265-7285**

October 25, 2004

JC DENIRO ASSOCIATES LLC
65-67 NORTH MOORE STREET #2A
NEW YORK, NY 10013

Dear Client:

Enclosed is your 2003 Federal Return of Partnership Income. The original should be signed at the bottom of page one. No tax is payable with the filing of this return. Mail the Federal return on or before April 15, 2004 [asap] to:

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0011

Enclosed is your 2003 New York Partnership Return of Income. The original should be signed at the bottom of page one. No tax is payable with the filing of this return. Mail the New York return on or before April 15, 2004 [asap] to:

STATE PROCESSING CENTER
P.O. BOX 61000
ALBANY, NY 12261-0001

Enclosed is your 2003 New York City Partnership Income Tax Return. The original should be signed at the bottom of page one. No tax is payable with the filing of this return. Mail the New York City return on or before April 15, 2004 [asap] to:

NYC DEPARTMENT OF FINANCE
P.O. BOX 5060
KINGSTON, NY 12402-5060

You must distribute a copy of the 2003 Schedule K-1 to each member, if applicable. Be sure to give each member a copy of the Partner's Instructions for Schedule K-1.

Please call if you have any questions.

Sincerely,

[signature: Paul Adams]

| 2004 | Federal Income Tax Summary | | Page 1 |
|---|---|---|---|
| Client JCD38788 | JC DENIRO ASSOCIATES LLC | | 22-3878827 |
| 10/17/05 | | | 11:54 AM |

|  | 2004 | 2003 | Diff |
|---|---:|---:|---:|
| **TRADE OR BUSINESS INCOME** | | | |
| Gross receipts less returns | 1,509,177 | 482,981 | 1,026,196 |
| Gross profit | 1,509,177 | 482,981 | 1,026,196 |
| Other income (loss) | 9,146 | 0 | 9,146 |
| Total income (loss) | 1,518,323 | 482,981 | 1,035,342 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| Salaries and wages (less emp. credits) | 95,473 | 0 | 95,473 |
| Repairs and maintenance | 8,205 | 0 | 8,205 |
| Rent | 67,403 | 48,455 | 18,948 |
| Taxes and licenses | 490 | 2,636 | -2,146 |
| Depreciation | 6,288 | 92 | 6,196 |
| Other deductions | 1,311,993 | 449,771 | 862,222 |
| Total deductions | 1,489,852 | 500,954 | 988,898 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss) | 28,471 | -17,973 | 46,444 |
| **SCHEDULE K - DEDUCTIONS** | | | |
| Section 179 deduction | 28,471 | 58,570 | -30,099 |
| **SCHEDULE K - SELF-EMPLOYMENT** | | | |
| Net earn. (loss) from self-employment | 28,471 | -17,973 | 46,444 |
| **SCHEDULE K - OTHER** | | | |
| Nondeductible expenses | 1,600 | 3,082 | -1,482 |
| Distributions of cash & marketable sec. | 0 | 27,260 | -27,260 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets | 31,962 | 0 | 31,962 |
| Beginning Liabilities and Capital | 31,962 | 0 | 31,962 |
| Ending Assets | 56,255 | 31,962 | 24,293 |
| Ending Liabilities and Capital | 56,255 | 31,962 | 24,293 |