# Exhibit E

# Form 1065 — U.S. Return of Partnership Income

Form **1065**
Department of the Treasury
Internal Revenue Service

For calendar year 2005, or tax year beginning _____, 2005, and ending _____, 20 ____.
► See separate instructions.

**2005**
OMB No. 1545-0099

**A** Principal business activity: R/E BROKERAGE
**B** Principal product or service: SERVICE
**C** Business code number: 531210

Use the IRS label. Otherwise, print or type.

JC DENIRO ASSOCIATES LLC
174A NINTH AVENUE
NEW YORK, NY 10014

**D** Employer identification number: 22-3878827
**E** Date business started: 10/17/2002
**F** Total assets: $58,044.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

## Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales | 2,469,278. |
| 1b | Less returns and allowances | |
| 1c | | 2,469,278. |
| 2 | Cost of goods sold (Schedule A, line 8) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 2,469,278. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | |
| 7 | Other income (loss) (attach statement) See Statement 1 | 196,335. |
| 8 | Total income (loss). Combine lines 3 through 7 | 2,665,613. |

## Deductions

| Line | Description | Amount |
|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 113,100. |
| 10 | Guaranteed payments to partners | 90,000. |
| 11 | Repairs and maintenance | 9,862. |
| 12 | Bad debts | |
| 13 | Rent | 222,431. |
| 14 | Taxes and licenses | 13,938. |
| 15 | Interest | 10,157. |
| 16a | Depreciation (if required, attach Form 4562) 3,013. | |
| 16b | Less depreciation reported on Schedule A and elsewhere on return | |
| 16c | | 3,013. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | |
| 18 | Retirement plans, etc. | |
| 19 | Employee benefit programs | |
| 20 | Other deductions (attach statement) See Statement 2 | 2,050,151. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | 2,512,652. |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | 152,961. |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of general partner or limited liability company manager: [signed] Date: 5/14/2007

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer's Use Only**
Preparer's signature: [signed] Date: 5/14/2007  Check if self-employed ☐
Firm's name: Paul E. Adams, CPA, PA
1045 E. Atlantic Ave., Ste 300
Delray Beach, FL 33483
EIN ► 65-0159625
Phone no. (561) 265-7285

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    PTPA0105L 12/28/06    Form 1065 (2005)

| 2005 | Federal Income Tax Summary | | Page 1 |
|---|---|---|---|
| Client JCD38788 | JC DENIRO ASSOCIATES LLC | | 22-3878827 |
| 5/14/07 | | | 2:18 PM |

| | 2005 | 2004 | Diff |
|---|---:|---:|---:|
| **TRADE OR BUSINESS INCOME** | | | |
| Gross receipts less returns | 2,469,278 | 1,509,177 | 960,101 |
| Gross profit | 2,469,278 | 1,509,177 | 960,101 |
| Other income (loss) | 196,335 | 9,146 | 187,189 |
| Total income (loss) | 2,665,613 | 1,518,323 | 1,147,290 |
| **TRADE OR BUSINESS DEDUCTIONS** | | | |
| Salaries and wages (less emp. credits) | 113,100 | 95,473 | 17,627 |
| Guaranteed payments to partners | 90,000 | 0 | 90,000 |
| Repairs and maintenance | 9,862 | 8,205 | 1,657 |
| Rent | 222,431 | 67,403 | 155,028 |
| Taxes and licenses | 13,938 | 490 | 13,448 |
| Interest | 10,157 | 0 | 10,157 |
| Depreciation | 3,013 | 6,288 | -3,275 |
| Other deductions | 2,050,151 | 1,311,993 | 738,158 |
| Total deductions | 2,512,652 | 1,489,852 | 1,022,800 |
| **SCHEDULE K - INCOME** | | | |
| Ordinary business income (loss) | 152,961 | 28,471 | 124,490 |
| Guaranteed payments | 90,000 | 0 | 90,000 |
| **SCHEDULE K - DEDUCTIONS** | | | |
| Section 179 deduction | 38,011 | 28,471 | 9,540 |
| Charitable contributions | 1,150 | 0 | 1,150 |
| **SCHEDULE K - SELF-EMPLOYMENT** | | | |
| Net earn. (loss) from self-employment | 242,961 | 28,471 | 214,490 |
| **SCHEDULE K - ALTERNATIVE MINIMUM TAX ITEMS** | | | |
| Post-1986 depreciation adjustment | -7,920 | 0 | -7,920 |
| **SCHEDULE K - OTHER** | | | |
| Nondeductible expenses | 8,913 | 1,600 | 7,313 |
| Distributions of cash & marketable sec | 159,544 | 0 | 159,544 |
| **SCHEDULE L - BALANCE SHEET** | | | |
| Beginning Assets | 56,255 | 31,962 | 24,293 |
| Beginning Liabilities and Capital | 56,255 | 31,962 | 24,293 |
| Ending Assets | 58,044 | 56,255 | 1,789 |
| Ending Liabilities and Capital | 58,044 | 56,255 | 1,789 |

CLIENT JCD38788

**PAUL E. ADAMS, CPA, PA**
**1045 E. ATLANTIC AVE., STE 300**
**DELRAY BEACH, FL 33483**
**(561) 265-7285**

October 17, 2005

JC DENIRO ASSOCIATES LLC
65-67 NORTH MOORE STREET #2A
NEW YORK, NY 10013

Dear Client:

Enclosed is your 2004 Federal Return of Partnership Income. The original should be signed at the bottom of page one. No tax is payable with the filing of this return. Mail the Federal return on or before October 17, 2005 to:

INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999-0011

Enclosed is your 2004 New York Partnership Return of Income. The original should be signed at the bottom of page one. No tax is payable with the filing of this return. Mail the New York return on or before October 17, 2005 to:

STATE PROCESSING CENTER
P.O. BOX 61000
ALBANY, NY 12261-0001

Enclosed is your 2004 New York City Partnership Income Tax Return. The original should be signed at the bottom of page five. No tax is payable with the filing of this return. Mail the New York City return on or before April 15, 2005 to:

NYC DEPARTMENT OF FINANCE
P.O. BOX 5060
KINGSTON, NY 12402-5060

You must distribute a copy of the 2004 Schedule K-1 to each member, if applicable. Be sure to give each member a copy of the Partner's Instructions for Schedule K-1.

Please call if you have any questions.

Sincerely,

*[signature]*