# Exhibit G

Baxter Street. Downtown Defined.
123 Baxter Street, New York, New York 10016

| Unit | Desc. | Sq.Ft. | Price | $PSF | Status | Broker | Due Date |
|---|---|---|---|---|---|---|---|
| 3C | 1 Bed/ 1.5 Bath | 1,063 | $ 1,200,000 | $ 1,129 | CS | JC Deniro | CS |
| 5C | 1 Bed/ 1.5 Bath | 1,061 | $ 1,244,000 | $ 1,172 | CS | JC Deniro | CS |
| 2D | 1 Bed/ 1.5 Bath | 1,100 | $ 1,295,000 | $ 1,177 | CS | JC Deniro | CS |
| 5A | 2 Bed/2 Bath | 1,521 | $ 1,650,000 | $ 1,085 | CS | JC Deniro | CS |
| 4B | 2 Bed/2.5 Bath | 1,753 | $ 1,845,000 | $ 1,052 | CS | JC Deniro | CS |
| 6D | 3 Bed/3 Bath | 2,133 | $ 2,505,000 | $ 1,174 | CS | JC Deniro | CS |
| 2A | 2 Bed/ 2 Bath | 1,521 | $ 1,740,000 | $ 1,144 | CS | JC Deniro | CS |
| 5B | 2 Bed/2.5 Bath | 1,753 | $ 1,890,000 | $ 1,078 | CS | JC Deniro | CS |
| 3D | 1 Bed/ 1.5 Bath | 1,100 | $ 1,265,000 | $ 1,150 | CS | JC Deniro | CS |
| 6B | 2 Bed/2.5 Bath | 1,753 | $ 1,965,000 | $ 1,121 | CS | JC Deniro | CS |
| 6C | 1 Bed/ 1.5 Bath | 1,061 | $ 1,299,000 | $ 1,224 | CS | JC Deniro | CS |
| 5D | 3 Bed/ 3 Bath | 2,133 | $ 2,500,000 | $ 1,172 | CS | JC Deniro | CS |
| 4C | 1 Bed/ 1.5 Bath | 1,061 | $ 1,249,000 | $ 1,177 | CS | JC Deniro | CS |
| 4D | 3 Bed/ 3 Bath | 2,133 | $ 2,420,000 | $ 1,135 | CS | JC Deniro | CS |
| 4A | 2 Bed/2 Bath | 1,521 | $ 1,650,000 | $ 1,085 | CO | JC Deniro | CS |
| 3B | 2 Bed/2.5 Bath | 1,753 | $ 1,900,000 | $ 1,084 | CO | JC Deniro | CS |
| 3A | 2 Bed/2 Bath | 1,521 | $ 1,745,000 | $ 1,147 | A | JC Deniro | CS |
| 6A | 2 Bed/2 Bath | 1,521 | $ 1,795,000 | $ 1,180 | A | JC Deniro | CS |
| 2B | 2 Bed/2.5 Bath | 1,753 | $ 1,925,000 | $ 1,098 | A | JC Deniro | CS |
| | | | $ 33,082,000 | | | | |

| | |
|---|---|
| Value of Contracts Signed | $ 33,082,000 |

███████████████████████████████

| | |
|---|---|
| Elliman Broker Buyout | $ (100,000) |
| JCD Support Staff | $ (50,000) |
| Subtotal: | $ 511,640 |
| | |
| Divide by 2 to pay McArdle | $ 255,820 |
| Estimated Pass Thru McArdle | $ (36,000) |
| Estimated Dikla Pass thru | $ (5,000) |
| | |
| | $ 214,820 |
| | McArdle |