# Exhibit H

April 26, 2007

Hi Christopher:

- Received your calls

- Check has been sent Fedex to photographer for $5,270.00

- Cristy took care of the DBNY transfer to your account

- The District contract is not assignable and unusually tough on the number of units to be sold
  - We fund as much as 45 days for all their expenses
  - Where does McArdle figure?
  - Not a great deal – let's review it.

- In the interest in keeping the company whole – please don't sign any further contracts until reviewed by Jose and we've had a discussion of the terms and profitability to the company

There are invoices from the photographer, architect, etc. for work Done on Baxter. These should be given to the developer.

Regarding Leslie's comments on the mailers – we need to know the Annual volume of each agent for the past 12 months to begin analyzing its effectiveness. Please provide these figures.

Best regards,

Jack D.