# Exhibit J

# Christopher

| | |
|---|---|
| From: | Nikki Martin [nikki@districtny.com] |
| Sent: | Tuesday, September 18, 2007 6:34 PM |
| To: | 'Joseph Klaynberg'; christopher@jcdeniro.com |
| Cc: | 'Sally Ann Mollo'; rosen@africaisrael.us; 'Ronit Dvir'; 'Sam Catton'; 'Kristin Kogan'; jennifer@districtny.com; john@districtny.com; 'Lau, Wendy'; 'Gabriellini, Melissa' |
| Subject: | RE: Contract Update - SEP 18 |
| Attachments: | Contract Update - SEP 18.xls |

Hi - the daily update is attached. N.

[x] DISTRICT LOGO

**Nikki Martin**
**Associate Broker**
**Sales Gallery - 151 William Street NYC**
**nikki@districtny.com - 212.513.7333 x11**

10/14/2007

*As of September 19, 2007*

| Unit # | Size | Sq Ft | Sales Price | $/Sq Ft | Purchaser | Attorney | Attorney Tel # | Source/Broker | Date Contracts Out | DATE DUE | Amendment | Signed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 303 | | | | | | | | | | | | |
| 304 | S | 586 | $573,000 | $981 | Sheldon & Roderick Spiegel | Jim Khani | 212.571.0330 | DIRECT | June 25, 2007 | JUL 3 | 14 - 2nd | ✓ |
| 305 | S | 522 | $525,000 | $1,006 | Soon Kyu Hwang | Samuel Ahne | 212.594.1075 | MFT Realty | June 14, 2007 | — | Initial | ✓ |
| 306 | | | | | SUPER | | | | | | | |
| 307 | @1 | 740 | $695,000 | $939 | Sara Maric-Davis | Lillian Chance | 212.406.4561 | CYM Group LLC | June 18, 2007 | — | Initial | ✓ |
| 308 | @1 | 725 | $675,000 | $931 | Gloria Brochinsky | Ryan Goldstein | 212.222.1869 | New York Living Solutions | July 17, 2007 | JUL 24 | 14 - 5th | ✓ |
| 309 | @1 | 729 | $735,000 | $1,008 | Park Gi Hyun | Park Gi Hyun | 212.279.4330 | MFT Realty | June 18, 2007 | — | Initial | ✓ |
| 310 | @1 | 744 | $830,000 | $1,115 | Steve An | Sevier Kim | 212.693.5607 | New York Living Solutions | August 10, 2007 | AUG 17 | 14 - 6th | ✓ |
| 311 | V1 | 781 | $815,000 | $1,043 | Edward Sadler | Michael Kim | 212.029.5100 | Prudential Douglas Elliman | June 14, 2007 | — | Initial | ✓ |
| 312 | V1 | 711 | $525,000 | $1,100 | Dr. Bruce Pickvitz | Edan Philyn | 212.828.9290 | NewYorkers International | July 25, 2007 | JUL 23 | 14 - 5th | ✓ |
| 313 | @1 | 782 | $766,000 | $983 | Jay Sang Lee | Jay Sang Lee | 212.849.7170 | Platinum Properties | June 19, 2007 | — | Initial | ✓ |
| 315 | @1 | 752 | $705,000 | $1,017 | Jennifer Javier | Hernandez Ghent | 212.227.0777 | City Connections | June 19, 2007 | — | Initial | ✓ |
| 316 | V1 | 546 | $505,000 | $926 | Abdelkrim Chouban | Felix Nikolas Zeeherr | 212.442.5500 | Albert Estate LLC | July 16, 2007 | JUL 23 | 14 - 6th | ✓ |
| 317 | V2 | 1,200 | $1,375,000 | $915 | Christian Recarski | Tracy Abazon | 212.485.6794 | The Real Estate Group | September 4, 2007 | SEP 11 | 14 - 6th | ✓ |
| 318 | V2 | 1,120 | $1,100,000 | $982 | Jenny Lee | Roy Urhe | 212.274.7635 | The Corcoran Group | June 19, 2007 | — | Initial | ✓ |
| 319 | V1 | 743 | $830,000 | $1,117 | Sevier Kim | Sevier Kim | 212.693.5607 | New York Living Solutions | August 10, 2007 | AUG 17 | 14 - 6th | ✓ |
| 320 | @1 | 740 | $895,000 | $946 | Sara Davidson | Bryan Klepner | 212.796.3110 | Douglas Elliman | June 29, 2007 | AUG 7 | 14 - 6th | ✓ |
| 403 | @1 | 967 | $1,195,000 | $915 | John Lawrence | Sang Nam | 212.469.0106 | MPC Realty | June 29, 2007 | AUG 7 | 14 - 6th | ✓ |
| 404 | @1 | 1,230 | $985,000 | $967 | Jasmine Kuo & Sulehyun Ahn | Sang Nam | 212.469.0106 | MPC Realty | June 18, 2007 | — | Initial | ✓ |
| 405 | V1 | 487 | $465,000 | $947 | Amir Iberarri | Rita Samoncpool | 212.442.7895 | DIRECT | June 10, 2007 | JUL 21 | 14 - 2nd | ✓ |
| 406 | @1 | 522 | $565,000 | $1,082 | Muriam Culhoun | Richard Culhoun | 212.679.9090 | NewYorkers International | August 2, 2007 | AUG 10 | 14 - 4th | ✓ |
| 407 | @1 | 546 | $496,000 | $906 | Amanda Armstrong | Roe Aktur | 212.763.0909 | Hampstead NY | July 16, 2007 | JUL 23 | 14 - 5th | ✓ |
| 408 | V2 | 1,330 | $1,375,000 | $915 | Christian Recarski | Tracy Abazon | 212.485.6794 | The Real Estate Group | September 4, 2007 | SEP 11 | 14 - 6th | ✓ |
| 410 | @1 | 749 | $685,000 | $915 | Daniel Fong | Jerry Kim | 212.763.3116 | MFT Realty | July 10, 2007 | JUL 23 | 14 - 6th | ✓ |
| 411 | 2/1 | 1,495 | $1,345,000 | $900 | Marianne Flanagan & Tim Flanagan | Ben Kaplan | 212.766.1423 | Hampstead NY | July 10, 2007 | AUG 7 | 14 - 4th | ✓ |
| 412 | V1 | 744 | $620,000 | $1,050 | Michael Weaver | Barry Jewson | 917.310.0315 | Platinum Properties | September 10, 2007 | SEP 25 | 14 - 5th | ✓ |
| 413 | V1 | 749 | $818,000 | $1,087 | Eric Wottenberg & Soul Loukee | Jerry S. Lebner | 516.465.5100 | DIRECT | June 14, 2007 | JUL 10 | 14 - 4th | ✓ |
| 415 | @1 | 611 | $590,000 | $938 | Ralph Komar | Heth & Associates | 212.378.6754 | New York Residence | June 19, 2007 | — | Initial | ✓ |
| 414 | @1 | 1,312 | $1,375,000 | $1,025 | Nirmal Sinha | Walter Barrett | 212.719.8100 | JC DeNiro | June 14, 2007 | — | Initial | ✓ |
| 415 | @1 | 524 | $535,000 | $1,021 | Emily Chui | Samuel Ahne | 212.594.1035 | MFT Realty | June 14, 2007 | — | Initial | ✓ |
| 416 | @1 | 733 | $725,000 | $987 | David Geissund | David Geissund | 908.464.7000 | JC DeNiro | June 24, 2007 | — | Initial | ✓ |
| 417 | @1 | 716 | $765,000 | $965 | Opera A Construction, LLC | Filipped Chouti | 212.925.0129 | The Corcoran Group | August 7, 2007 | AUG 14 | 14 - 6th | ✓ |
| 418 | 2/1 | 784 | $725,500 | $971 | Lisa Tarpinian & Michael Tarpinian | Trisha Casselli | 914.963.8100 x14 | The Corcoran Group | June 14, 2007 | — | Initial | ✓ |
| 419 | | | | | BONIT | | | | | | | |
| 420 | @1 | 598 | $590,000 | $1,030 | Jessie Cheung & John Williams | Bryan Kilmer | 212.969.8106 | NewYorkers International | September 4, 2007 | SEP 13 | 14 - 4th | ✓ |
| 421 | @1 | 687 | $1,195,000 | $871 | David Marciniak & Sul Fish | Bryan Kilmer | 212.442.0271 | NewYorkers International | September 4, 2007 | SEP 13 | 14 - 4th | ✓ |
| 423 | V1 | 705 | $590,000 | $958 | Nirmal Sinha | Heth & Associates | 212.661.7200 | Greenwood Estate | July 2, 2007 | JUL 11 | 14 - 4th | ✓ |
| 504 | @1 | 524 | $535,000 | $1,021 | Emily Chui | Samuel Ahne | 212.594.1035 | MFT Realty | June 14, 2007 | — | Initial | ✓ |
| 505 | | | | | | | | | | | | |
| 506 | @1 | 546 | $613,000 | $1,841 | Theresa Smart | Luigi Buchilmira | 212.599.7722 | The Corcoran Group | July 19, 2007 | JUL 26 | 14 - 6th | ✓ |
| 507 | @1 | 586 | $1,185,000 | $923 | Nirmal Sinha | Walter Barrett | 212.312.8420 | JC DeNiro | June 14, 2007 | — | Initial | ✓ |
| 508 | V1 | 751 | $1,195,000 | $906 | Jessie Cheung & John Williams | John Williams | 212.442.0271 | NewYorkers International | September 4, 2007 | SEP 13 | 14 - 4th | ✓ |
| 509 | @1 | 706 | $698,000 | $958 | Corridine Tok | Gary Sandine | 212.661.7200 | Greenwood Estate | July 2, 2007 | JUL 11 | 14 - 4th | ✓ |
| 510 | V2 | 751 | $700,000 | $933 | Michael Ragazzo | Pamela G. West | 212.887.7319 | Shoe Sales Group LLC | June 14, 2007 | — | Initial | ✓ |
| 511 | V2 | 1,350 | $1,495,000 | $1,073 | Henry M. Fung | Romano Ghent | 212.274.4677 | City Connections | June 14, 2007 | — | Initial | ✓ |
| 512 | V1 | 767 | $846,000 | $1,420 | Tamer Sinyar | James Salazar | 212.274.2012 | Bush Realty | June 17, 2007 | JUL 9 | 14 - 2nd | ✓ |

*Room Values included*

(3 of 6)

As of September 18, 2007

| Unit # | Size | Sq Ft | Sales Price | $/Sq Ft | Purchaser | Attorney | Attorney Tel # | Source/Broker | Date Contracts Out | DATE DUE | Amendment | Signed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 513 | 1/1 | 745 | $660,000 | $1,181 | Rebecca Lee | Bryan Kishner | 212.909.8106 | City Connections | August 14, 2007 | AUG 21 | 1st - 6th | * |
| 514 | 2/2 | 1,343 | $1,475,000 | $1,098 | Theordore Villafuerto | Michael Sylto | 212.490.4552 | City Connections | July 9, 2007 | JUL 16 | 1st - 6th | * |
| 515 | #1 | 753 | $726,530 | $963 | Hari Mizraki | Liar Aldad | 212.268.4599 | DIRECT | | SEP 25 | 1st - 6th | * |
| 516 | #1 | 719 | $715,000 | $994 | A. Zhuhovsky & M. Lyubarskaya | Erik Heitler | 718.376.5666 | NewSeekers International | August 27, 2007 | IMMEDIATELY | 1st - 6th | * |
| 517 | #1 | 751 | $710,000 | $945 | Joe Young Chua | Jerry Kim | 212.736.3116 | MJT Realty | July 16, 2007 | JUL 23 | 1st - 6th | * |
| 518 | 1/2 | 1,279 | $1,275,000 | $997 | David Cheng | David Cheng | 718.701.2007 | City Connection | July 3, 2007 | JUL 10 | 1st - 2nd | * |
| 519 | 1/2 | 1,119 | $1,150,000 | $1,028 | Luliana DiPaolo | Sani Eisenberg | 212.683.1668 | Benjamin James | July 3, 2007 | JUL 11 | 1st - 2nd | * |
| 521 | #1 | 612 | $615,000 | $1,005 | Albert Tsai | Mark LeRawitz | 212.746.5665 | DIRECT | July 30, 2007 | AUG 7 | 1st - 2nd | * |
| 604 | #1 | 523 | $595,000 | $1,138 | Eddie Cruz | Bryan Kaminsky | 212.571.1227 | DIRECT | July 9, 2007 | JUL 23 | 1st - 2nd | * |
| 605 | #1 | 587 | $570,000 | $971 | Julie Nayen | Bryan Vrebrib | 212.908.8106 | Sica Sales Group LLC | June 22, 2007 | JUL 3 | 1st - 2nd | * |
| 609 | 1/2 | 1,278 | $1,210,000 | $947 | Sohail Saif & Zarah Malik | Steve Goldberg | 212.327.0104 | Benjamin James | September 10, 2007 | SEP 17 | 1st - 2nd | * |
| 610 | #1 | 748 | $725,500 | $970 | Igor Prutko & Susan Steinman | Marc Rubin | 212.906.9191 | New York Living Solutions | August 24, 2007 | AUG 31 | 1st - 2nd | * |
| 611 | 1/2 | 1,296 | $1,520,000 | $1,044 | Tzach & Amy Wand | Jane Rosenberg | 212.670.2604 | DIRECT | July 31, 2007 | AUG 7 | 1st - 2nd | * |
| 613 | 1/1 | 744 | $875,000 | $1,176 | Ayal-Mattia Hayes | Ed Wiener | 416.743.1123.907 | NewSeekers International | September 18, 2007 | SEP 25 | 1st - 6th | * |
| 615 | | | | | ROTEM | | | | | | | |
| 617 | #1 | 756 | $715,000 | $946 | Nancy Zhang | Bryan Kishner | 212.909.8106 | New York Living Solutions | July 17, 2007 | AUG 7 | 1st - 6th | * |
| 614 | #1 | 717 | $690,000 | $966 | Kristin Miller | Alexia Carlo | 212.904.0679 | NewSeekers International | August 1, 2007 | AUG 8 | 1st - 6th | * |
| 619 | | | | | SAM | | | | | | | |
| 620 | | | | | | | | | | | | |
| 623 | #1 | 609 | $625,000 | $1,026 | Mark & Marina Khoresh | Bernd Helrle | 973.661.5596 | Halsted | July 24, 2007 | JUL 31 | 1st - 2nd | * |
| 706 | 1/2 | 1,342 | $1,300,000 | $968 | Ching Chiang & Henning Rhombach | Sonna Kim | 212.684.7307 | NewSeekers International | | JUL 12 | 1st - 2nd | * |
| 708 | 1/2 | 798 | $730,000 | $1,033 | Petra Farukh | Rosemary Prato | 212.512.4616 | New York Living Solutions | August 27, 2007 | SEP 3 | 1st - 2nd | * |
| 709 | #1 | 716 | $700,000 | $978 | Jasmin Kim | Jerry Kim | 212.776.3116 | MJT Realty | July 12, 2007 | JUL 19 | 1st - 2nd | * |
| 717 | #1 | 754 | $735,000 | $975 | B. Alahmadnikiya & M. Alkhani | Stacie Hamburger | 646.393.4403 | Miryeom Associates | July 25, 2007 | AUG 1 | 1st - 2nd | * |
| 718 | | | | | ELLIOT | | | | | | | |
| 720 | #1 | 549 | $527,500 | $1,845 | Avra Serume | Alevador Cherrea | 718.243.6500 | DIRECT | July 25, 2007 | AUG 1 | 1st - 2nd | * |
| 722 | | | | | SAM | | | | | | | |
| 724 | #1 | 574 | $585,000 | $1,116 | Robert Sherad & Christian Scavellan | Filippo Chiodi | 212.253.6299 | The Corcoran Group | July 31, 2007 | AUG 7 | 1st - 6th | * |
| 804 | | | | | JONA | | | | | | | |
| 808 | | | | | | | | | | | | |
| 812 | | | | | RICKY | | | | | | | |
| 813 | #1 | 711 | $432,500 | $1,012 | Lee Cho | Hliabeth Kim | 718.423.7200 | MJT Realty | August 2, 2007 | AUG 9 | 1st - 6th | * |
| 815 | #1 | 751 | $760,000 | $1,012 | C.Y. Prime Ltd. | Christine Lamarrone | - | Good Life Realty | | AUG 14 | 1st - 6th | * |
| 817 | #1 | 753 | $755,000 | $1,002 | Ayat-Mattia Hayes | Ed Wiener | 416.743.1123.907 | NewSeekers International | August 27, 2007 | SEP 3 | 1st - 6th | * |

* Recent Updates are bolded

5 of 8

As of September 15, 2007

| Unit # | Size | Sq Ft | Sales Price | $/Sq Ft | Purchaser | Attorney | Attorney Tel # | Source/Broker | Date Contracts Out | DATE DUE | Amendment | Signed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 819 | | | | | | | | | | | | |
| 823 | 01 | 608 | $645,000 | $1,061 | Craig Harrington | Michael Khela | 212.938.5800 | CBRE | June 25, 2007 | JUL 3 | 1st-2nd | ✓ |
| PH103 | V1.5 | 997 | $1,373,000 | $1,379 | Tracy Marra & Vita Clemente | Edward Bavosi | 973.360.0660 | DIRECT | June 22, 2007 | JUL 3 | 1st-2nd | ✓ |
| PH106 | | | | | JOSEPH | | | | | | | |
| PH110 | 1/2 | 1,471 | $2,150,000 | $1,462 | Nirmali Mulye | Walter Burrell | 212.212.1400 | K'DeNeo | June 14, 2007 | -- | Initial | ✓ |
| PH202 | | | | | AMY SACCO | | | | | | | |
| PH204 | V1 | 829 | $1,105,000 | $1,329 | Yuri Ishibashi | Tracy Almazan | 212.946.6794 | DIRECT | July 24, 2007 | JUL 31 | 1st-5th | ✓ |
| PH208 | | | | | RICKY | | | | | | | |
| PH209 | 001 | 801 | $1,175,000 | $1,467 | Khaeia Alexander | See Michael M. | 917.560.0784 | DRKT/J-Developer | July 16, 2007 | OCT 23 | 1st-4th | ✓ |
| PH210 | 1/2 | 1,163 | $1,550,000 | $1,333 | Nirmali Mulye | Walter Burrell | 212.212.5400 | K'DeNeo | June 14, 2007 | -- | Initial | ✓ |

Back on the Market (BOM)

* Recent Updates are bolded

(5 of 6)

As of September 15 2007

| Unit # | Size Sq Ft | Sales Price | $/Sq Ft | Purchaser | Attorney | Attorney Tel # | Source/Broker | Date Contracts Out | DATE DUE | Amendment | Signed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 61,548 | | | | | | | | | | |

Total Contracts Out

| No. | SF | Total $ | AVG PSF |
|---|---|---|---|
| 72 | 61,548 | $63,416,570 | $1,030 |

Contracts Signed Total:

| | 65 |
|---|---|

FULLY EXECUTED TOTAL:

| | 48 |
|---|---|

* Recent Updates not bolded

(p. 4 of 6)