# Exhibit O

DISTRICT
PR STRATEGY MEETING - NOTES

**MONDAY September 17, 2007**

**PARTICIPANTS:**

Joseph Klaynberg
Ricky Cohen
Sam Catton
Christopher Mathieson
Nadine Johnson
Rich Aybar

1. THE REAL ESTATE MARKET & DISTRICT

    - The slow down of the real estate market has only marginally affected sales as most clients are European/Russian/Asian – a more precise demographical breakdown to come from Christopher on Wednesday the 19th.

    - Keen interest on setting District apart from the competition by boasting its amenities or positioning it as sexy and fun due to the partnership with Amy Sacco.

    - The project is a great quality product at a reasonable price point which speaks to the current market.

    - Focus on unifying the identity or 'face' of the project. Joseph Klaynberg/Ricky Cohen represent one half – Africa Israel/Lev Leviev other half.

2. EDITORIAL: INTERNATIONAL PUSH

    - General agreement to lead with a number of features in key international titles as well as Airline publications.

    - Consensus is to move away from specifically targeting the Israeli media and approach Russian glossies instead.

    - Approach the Latin American market by targeting Miami/South American media.

    - Take advantage of the recent press push Amy is enjoying due to the opening of Bungalow 8 in London. Approach the outlets that have written up Amy but have omitted a District mention and attempt alternate circuits- (approaching the Property sections vs. Style/Fashion sections)

    - Lev Leviev is also currently enjoying a positive moment in the media spotlight which grounds the project and gives buyers confidence. Use his recent press mentions to include District.

3. NEWSANGLE

   - Push Amy in a television segment. NBC-HD "Open House" CNN/MSNBC were considered.

   - Push a lack of confirmed amenities "still in talks with..." in hopes that this will generate interest with parties that could be interested in partnering with District

   - Push Fulton St. as the new frontier as it will be going through extensive renovations making the area more welcoming and charming- cobblestone streets, more green spaces, etc.

   - The Santiago Calatrava transportation hub will be a direct link to JFK and further Europe- setting District in the perfect locale for international buyers seeking a NYC pied-a-terre.

   - Human interest piece on Klaynberg "From Conway to Condo's"

4. OCTOBER 9th SCREENING

   - Fortuitous press opportunity to host a celebrity-studded Cinema Society screening at District.

   - An event of this caliber will generate reams of press in terms of social coverage.

   - Can the space accommodate 350-400 guests for screening & after party?

   - Can the developers of District offer a donation/stipend in exchange for aforementioned generous press placements?

   - Amy can perhaps develop a Bungalow 8 style VIP lounge in a model apartment to bring people into the spaces.

   - If we decide to go forward with the screening NJA (Rich Aybar) to write a brief on the event so Joseph can present to Leviev while in Israel.

5. MOVING FORWARD

   - Amenities need to be confirmed.

   - We need renderings of the Penthouse as this is the image that will most likely run in press features.

   - After having selected screen shots from the movie on the website- Christopher is to send to ISKA for retouching.