# Exhibit P

# Christopher

**From:** Amy Sacco [amy@betterestaurant.com]
**Sent:** Tuesday, September 04, 2007 11:44 AM
**To:** Joseph Klaynberg; Samcatton@conwaystores.com; rcohen@conwaystores.com
**Subject:** key notes for todays meeting

Gentleman........for today's meeting:

1) Have we resolved the issue of sharing the Lap Pool, steam and sauna areas with the building tenants and the private training guests and or Salon/Barbershop guests.

2) Are we able to have serviced apartments on what was formerly going to be the hotel side.....or will it be condo's.

3) David Kirsh needs about 2500-3000 square feet, but feels he would be more suited for the second floor..........would need 2 mens, 2 ladies rooms and steam and sauna if he couldnt use downstairs. Also wants to know what kind of FF & E you can provide.

4) Ric Pippino Salons is key on ground flr with treatment rooms for spa in basement but would need steam and sauna for the spa portion. --will do classic upscale barbershop with VIP room...and shoe shine with a larger focus on men than women as its more male dominated area.

5) I would love to talk to you about myself doing a really high end bar on the anne street side in the "serviced apartments" or condos.....basement prefered....that would be an expensive members only for fortune 500 execs. ...it would link to Ric's private barbershop room...very speakeasy.

6) How are you feeling about the Steven Starr steakhouse? his numbers come back today on the re-design with less square footage.

7) Other buildings are offering free services to their clients.......i am making a list......but it includes free movie screenings, tastings, complimentary yoga classes...etc.
Are we able to put this in budget?

8) On the most important note...........it has come to my attention that several of the chelsea club condos are in litigation over construction and are we using the same construction company for District? Are they going to self certify? I would not recommend this.

See you gents at 230

Best
AMY

## Christopher

**From:** grace@jcdeniro.com
**Sent:** Thursday, September 06, 2007 10:36 AM
**To:** christopher@jcdeniro.com
**Subject:** NYTimes.com Real Estate: Property Listing

This Property Listing from NYTimes.com Real Estate has been sent to you by **Grace Steel.**

**Message:**
Looks like NYCLiving got a new bldg. g

**Property Information:**
Location: Financial District, Seaport, NY 10038
Price: $1,195,000
# of Bedrooms: 2
Web ID#: 664c

http://realestate.nytimes.com/detail/412-664c

---

For more listings, visit NYTimes.com/realestate
http://nytimes.com/realestate
Luxury & Vacation Properties, including Florida, the Hamptons and more...
http://nytimes.com/realestate/luxury
Commercial Properties
http://nytimes.com/realestate/commercial

---

NYTimes.com
500 Seventh Avenue
New York, NY 10018

10/14/2007

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-128042

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126047

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-128041

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-129881

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-125060

*Meagan C. Roberts*

**JC DeNiro & Associates**
Chelsea Gallery
174-A Ninth Avenue
New York, New York 10011
Phone:   212.229.0327
Fax:     212.229.1560
Email:   meagan@jcdeniro.com

Visit us at www.jcdeniro.com

All information regarding a property for sale, rental or financing is from sources deemed reliable. No representation is made to the accuracy thereof, and such information is subject to errors, omissions, change of price, rental, commission or other conditions, prior sale, lease or financing, or withdrawal without notice.

## Christopher

**From:** NadJohnInc@aol.com
**Sent:** Thursday, September 06, 2007 3:24 PM
**To:** christopher@jcdeniro.com; rich@nadinejohnson.com
**Cc:** nadine@nadinejohnson.com; jklaynberg@wwccorp.com; amy@betterestaurant.com
**Subject:** Re: District

In a message dated 9/6/2007 3:21:11 PM Eastern Daylight Time, christopher@jcdeniro.com writes:

> Rich per our conversation please have Nadine sign and send back contract asap. Additionnally let me know when we can meet to get roll out press items at District. Best, Christopher 212 229 2722

i did sign the contract and told accounting to send you 2 copies

lala?

nadine

nadine johnson inc.
312 west 19th street
new york city 10011

tel 212 228 5555
fax 212 463 8973
cell 917 446 9996
nadine@nadinejohnson.com

Get a sneak peek of the all-new AOL.com.

# Christopher

**From:** Meagan C. Roberts [meagan@jcdeniro.com]
**Sent:** Friday, September 14, 2007 3:29 PM
**To:** jklaynberg@wwccorp.com; sramos@wwccorp.com
**Cc:** christopher@jcdeniro.com
**Subject:** DISTRICT - NYT

Good Afternoon Joseph,

The following links will bring you to NYT so you can view all the listings showing accurately and with the Open-House for this Sunday September 16th.

I hope you are enjoying your holiday!

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126257

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-127347

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-129894

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126049

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-128039

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126052

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126046

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-125051

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-128037

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-125054

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-127348

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126050

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-128040

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-129886

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-125057

http://realestate.nytimes.com/+Comshare/Print_Listing.asp?Lid=429-126053

# Christopher

**From:** NadJohnInc@aol.com
**Sent:** Monday, September 17, 2007 2:36 PM
**To:** christopher@jcdeniro.com; Rich@NadineJohnson.com
**Cc:** nadine@NadineJohnson.com; Amy@betterestaurant.com
**Subject:** Re: FW: fulton - sales office plan & architects floor plan

we need pictures of the lobby as it is NOW
(not the finished product) as the potential event
is less than a month from now

n

In a message dated 9/17/2007 2:32:58 PM Eastern Daylight Time, christopher@jcdeniro.com writes:

> Rich-
>
> Attached find the floor plan for the sales office and the lower level directly under the sales offices........here is the link to the website go to Lifestyle then Lobby to see pics of the lobby
>
> http://www.districtny.com/
>
> Best,

nadine johnson inc.
312 west 19th street
new york city 10011

tel 212 228 5555
fax 212 463 8973
cell 917 446 9996
nadine@nadinejohnson.com

---

See what's new at AOL.com and Make AOL Your Homepage.

# Christopher

**From:** Tanya Quick [tquick@liska.com]
**Sent:** Tuesday, September 18, 2007 3:37 PM
**To:** Eran Evron
**Cc:** Christopher Mathieson
**Subject:** Fwd: October artwork deadline

Eran,
We are rerunning the previous ad for DISTRICT, per Christopher Mathieson at jcDeniro.
Please let me know if you need anything from us to do this.
Thanks,
Tanya

Begin forwarded message:

> Yes run the same in real deal
> Sent from my Verizon Wireless BlackBerry
>
> -----Original Message-----
> From: Tanya Quick <tquick@liska.com>
>
> Date: Tue, 18 Sep 2007 12:03:36
> To:Christopher Mathieson <christopher@jcdeniro.com>
> Subject: Fwd: October artwork deadline
>
>
> are we running DISTRICT in Oct Real Deal? rerun a previous? let me
> know so I can submit in time.
> thanks!
>
>
>
> Begin forwarded message:
>
>
> Dear Advertiser
>
> Please submit your full page ad by Thursday, September 20th at 5pm.
>
> Please let me know NOW if your ad is a pick up from the previous month
> or a new submission.
>
>
> Full Page Ad Specs:
> Trim Sizes: Single full page; 10.5 x 14.5   Spreads; 21 x 14.5
> Bleeds: **1/8" beyond the trim marks all around
> Marks: 12pt offsets
>
> PDF Specs:
> PDF/x1a compliant
> No RGB, All images are to be in cmyk
> No ICC profile attached to any elements No Transparencies, all
> elements must be flattened
> Fonts: All fonts must be embeded
> Images: Resolution of 4c/bw images should be at least 200dpi.
> Colors: No spot colors should be used.
> Bitmaps: At least 1,200 dpi for bitmap (B&W/line art) Rich Blacks:
> 40c, 30m, 20y, 100k
>
>
> **Please make sure that the trim marks are at 10.5 x 14.5 with 12pt
> offsets (spreads would be 21 x 14.5) and if the ad bleeds make sure
> bleeds go 1/8" all around beyond the trim marks. Also, there should be

1

```
> no text from trims, for at least 1/4" all around.
> Thank You,
> Eran Evron
> Sales & Marketing Manager
>  <mailto:ee@therealdeal.com> ee@therealdeal.com
> P: 646 391 3596
> F: 212 388 1049
> THE REAL DEAL
> 158 W 29 St. 4th Fl. NY NY 10001
>  <http://www.therealdeal.com> www.therealdeal.com
>
>
>
```