```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER MATHIESON,

           Plaintiff,

   -against-                                    07 Civ. 8527 (LAK)

JOHN C. DENIRO,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff's motion for a preliminary injunction, made by order to show cause dated October 2, 2007, is withdrawn without prejudice in accordance with the parties' agreement, described on the record.

       SO ORDERED.

Dated:    October 22, 2007

                                           /s/ Lewis A. Kaplan
                                             Lewis A. Kaplan
                                         United States District Judge