UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER MATHIESON,

          Plaintiff

vs.

JOHN C. DENIRO,

          Defendant

DOCKET NO. 1:07-cv-08527-LAK

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

---

    Upon the motion of Robert S. Franklin, attorney for John C. DeNiro and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Michael J. Ferrin
    Michael J. Ferrin
    823 North Olive Avenue
    West Palm Beach, FL 33401
    (561) 683-4000
    (561) 655-6044



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

is admitted to practice pro hac vice as counsel for Defendant in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 11/7/07
New York

                                              /s/ _____
                                              Honorable Lewis A. Kaplan, U.S.D.J.