**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER MATHIESON, | DOCKET NO. |
| | 1:07-cv-08527-LAK |
| Plaintiff/ Respondent on Counterclaim | |
| -against- | |
| JOHN C. DENIRO, | |
| Defendant/ Counterclaimant | |
| _____/ | |

## DEFENDANT'S NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that in accordance with Rule 30 of the Federal Rules of Civil Procedure, the deposition of Christopher Mathieson shall take place on May 7, 2008, beginning at 9:00 a.m., at the law offices of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, P.C., 5 Farm Becker Road, Roseland, NJ 07068, before an officer duly authorized by law to administer oaths, the Defendant shall conduct the deposition of Plaintiff Christopher Mathieson. The deposition shall be conducted upon oral examination by stenographic means before an officer duly authorized according to law and will continue day-to-day until completed.

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Robert S. Franklin*
Robert S. Franklin, Esq.
RF-0870
ROBERT S. FRANKLIN, P.A.
823 North Olive Avenue
West Palm Beach, FL 33401
(561) 805-7140
(561) 805-7141 fax

## SERVICE LIST

CHRISTOPHER MATHIESON V. JOHN C. DENIRO
DOCKET NO. 1:07-cv-08527-LAK
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

G. Glennon Troublefield
Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068